**Fill in this information to identify the case:**

Debtor name   **Robbins Service Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-40082**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 9, 2023**       X **/s/ Michael A. Robbins**
                                      Signature of individual signing on behalf of debtor

                                      **Michael A. Robbins**
                                      Printed name

                                      **President/CEO**
                                      Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Robbins Service Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-40082**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................... $      0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................... $      673,300.47

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................... $      673,300.47

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      900,595.75

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $      48,355.42

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$      1,758,828.81

4.   Total liabilities ...................................................................................................................
   Lines 2 + 3a + 3b

   $      2,707,779.98

| Fill in this information to identify the case: |
| --- |

Debtor name   **Robbins Service Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-40082**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **United Commmunity Bank** | **Checking** | **6059** | $206.57 |
| 3.2. | **United Community Bank** | **Checking** | **5225** | $36.00 |
| 3.3. | **United Community Bank** | **Checking** | **0323** | $205.32 |
| 3.4. | **United Community Bank** | **Checking** | **5470** | $171.76 |
| 3.5. | **First Citizens Bank** | **Checking** | **4870** | $4,859.29 |
| 3.6. | **First Citizens Bank** | **Checking** | **9601** | $285.95 |

| Debtor | **Robbins Service Group, LLC** | | Case number *(If known)* **23-40082** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **First Citizens Bank** | **Checking** | 9599 | $3,427.75 |
| 3.8. | **First Citizens Bank** | **Checking** | 9628 | $426.94 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$9,619.58**

**Part 2:** **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. | **3D Worldwide - Security Deposit on Denver Location** | **$12,000.00** |
   |---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.    **$12,000.00**

**Part 3:** **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 79,960.24 | - | 16,558.33 | = .... | **$63,401.91** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$63,401.91**

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.

| Debtor | **Robbins Service Group, LLC** | Case number *(If known)* **23-40082** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 6:</td><td colspan="2"><b>Farming and fishing-related assets (other than titled motor vehicles and land)</b></td></tr>
</table>

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 7:</td><td colspan="2"><b>Office furniture, fixtures, and equipment; and collectibles</b></td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Miscellaneous Office Furniture | **Unknown** | **N/A** | **Unknown** |
| 40. | **Office fixtures** Miscellaneous Office Fixtures | **Unknown** | | **Unknown** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Miscellaneous Office Equipment | **Unknown** | | **Unknown** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

|  |
|---|
| **$0.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

<table>
<tr><td style="background:black;color:white">Part 8:</td><td colspan="2"><b>Machinery, equipment, and vehicles</b></td></tr>
</table>

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| Debtor | **Robbins Service Group, LLC** | Case number *(If known)* **23-40082** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.1. | **\*See Attached 206 A/B Number 47 Spreadsheet\*** | **Unknown** | **N/A** | **Unknown** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**\*See Attached 206 A/B Number 50 Spreadsheet\***    **Unknown**                                **Unknown**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                         **$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Operations 4340 N NC 16 Business Hwy Denver, NC  28037** | **Lease** | **Unknown** | | **Unknown** |
| 55.2.  **Office Space 8226 Village Harbor Drive Cornelius, NC  28031** | **Lease** | **Unknown** | | **Unknown** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.                                                     **$0.00**

Debtor    **Robbins Service Group, LLC**                                      Case number *(If known)*  **23-40082**
          Name

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59.    **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **www.wplkn.com** | Unknown | | Unknown |
| 62.    **Licenses, franchises, and royalties** **NC General Contractor License** | Unknown | | Unknown |
|     **NC Irrigation Contractor License** | Unknown | | Unknown |
|     **NC Landscape Contractor License** | Unknown | | Unknown |
|     **NC Plumbing Contractor License** | Unknown | | Unknown |
|     **SC General Contractor License** | Unknown | | Unknown |
| 63.    **Customer lists, mailing lists, or other compilations** **Customer Database** | Unknown | | Unknown |
| 64.    **Other intangibles, or intellectual property** **Landscape Project Designs** | Unknown | | Unknown |
| 65.    **Goodwill** **Goodwill** | Unknown | | Unknown |

66.    **Total of Part 10.**                                                           | **$0.00** |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
       ■ No
       ☐ Yes

Debtor   **Robbins Service Group, LLC**                                    Case number *(If known)*   **23-40082**
         Name

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☑ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No. Go to Part 12.
      ☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

| **Employee Retention Credits** | Tax year **2020** | **$95,373.79** |
|---|---|---|
| **Employee Retention Credits** | Tax year **2021** | **$485,586.55** |

73.   **Interests in insurance policies or annuities**

| **Northwestern Mutual Key Life Policy** | **$7,318.64** |
|---|---|

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**
      **Potential Lawsuits Against Former Employees, Davenport Law and Certain Merchant Cash Advance Companies**                                                **Unknown**
      **Nature of claim**
      **Amount requested**                 **$0.00**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

| **Option to Purchase on Denver Location** | **Unknown** |
|---|---|

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**
      Add lines 71 through 77. Copy the total to line 90.

                                                                        | **$588,278.98** |
                                                                        |---|

Debtor    **Robbins Service Group, LLC**                          Case number *(If known)*  **23-40082**
          Name

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

      ■ No

      ☐ Yes

Debtor    **Robbins Service Group, LLC**                    Case number *(If known)*  **23-40082**
Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,619.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $63,401.91 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $588,278.98 | |
| 91. **Total.** Add lines 80 through 90 for each column | $673,300.47 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $673,300.47 |



# Fleet Inventory

| Vendor | Year | Make | Model | Fuel Type | VIN # | Tag Number | Balance |
|--------|------|------|-------|-----------|-------|------------|---------|
| Ally | 2019 | Chevy | 6500HD | Diesel | 1HTKHPVM0KH338754 | KS7173 | |
| Ally | 2019 | Chevy | 5500 | Diesel | 1HTKJPVK8KH258623 | KJ4345 | |
| Ally | 2022 | Chevy | 1500 | Gas | 1GCPYBEK1NZ214656 | NX6510 | |
| Ally | 2021 | Chevy | 3500 | Gas | 1GB4WRE78MF278601 | KV2245 | |
| Ally | 2020 | Chevy | 2500HD | Diesel | 1GC1YNEY9LF332237 | KD7757 | |
| Ally | 2021 | Chevy | 2500 | Gas | 1GB1WLE75MF175183 | KT9227 | |
| GM | 2021 | Chevy | Equinox | Gas | 3GNAXHEV8MS123490 | JEM6959 | |
| GM | 2021 | Chevy | 5500 | Diesel | 1HTKJPVKXMH755272 | NW4664 | |
| GM | 2021 | Chevy | 1500 | Gas | 1GCPYBEH5MZ171121 | RBW9524 | |
| GM | 2020 | Chevy | 4500 | Diesel | 1HTKHPVK3LH248482 | KN1199 | |
| GM | 2021 | Chevy | 2500HD | Diesel | 1GC4YLEY1MF129748 | KJ2195 | |
| Isuzu | 2023 | Isuzu | NPR-HD | Gas | 54DC4W1DXPS203557 | RD6956 | |
| Mitsubishi | 2021 | Chevy | 5500 | Diesel | 1HTKJPVK4MH607926 | KY1778 | |
| Mitsubishi | 2021 | Chevy | 5500 | Diesel | 1HTKJPVK4MH814607 | NW4663 | |
| Mitsubishi | 2021 | Chevy | 3500 | Gas | 1GB4WRE71MF279315 | KY1739 | |
| Mitsubishi | 2022 | Chevy | 1500 | Gas | 1GCPYBEK9NZ116300 | KY1754 | |
| Mitsubishi | 2022 | Chevy | 1500 | Gas | 1GCPDBEK9NZ515106 | RC1804 | |
| Mitsubishi | 2022 | Chevy | 2500HD | Diesel | 1GC4YPEYXNF101682 | RB6371 | |
| Mitsubishi | 2023 | Chevy | Equinox | Gas | 3GNAXHEG8PL148406 | RED4988 | |
| Mitsubishi | 2023 | Chevy | Equinox | Gas | 3GNAXHEG3PL148426 | RED4987 | |
| None | 2013 | Dodge | 5500 | Diesel | 3C7WRNEL2D6595048 | KE4718 | |
| None | 2016 | Dodge | 5500 | Diesel | 3C7WRNFL6GG135264 | YA160951 | |
| None | 2017 | Dodge | 3500 | Gas | 3CYWRSCJ7HG719546 | KA7176 | |
| Toyota | 2020 | Isuzu | NPR-HD | Gas | 54DC4W1B4LS805296 | KL7540 | |

**WHISPERING PINES LANDSCAPING**
Design · Installation · Maintenance

## Equipment Inventory

| Creditor | Contract # | Year | Description | Lease | Purchase | Balance |
|---|---|---|---|---|---|---|
| Western Equipment Finance | 40520985 | 2022 | Wright ZXT Stander 61" Zero Turn Mower | | x | |
| | | 2023 | (2) Wright ZK Stander 52" Zero Turn Mower | | | |
| | | 2023 | (2) Wright Grasscatcher w/LG Extension | | | |
| | | 2023 | Wright 3-Bag System for 61" WZ | | | |
| | | 2022 | (3) Echo Trimmer SRM-2620 | | | |
| | | 2022 | (2) Echo PE-2620S Straight Shaft Edger | | | |
| | | 2022 | (3) Echo PB-770T Power Blower | | | |
| | | 2023 | Echo CS355T 16" Chainsaw | | | |
| | | 2022 | Echo PAS-2620 Gas Power Head | | | |
| | | 2023 | Echo HC-2210 Hedge Trimmer | | | |
| | | 2022 | Echo HC-2210 Hedge Trimmer | | | |
| | | 2022 | Echo 5 GAL Backpack Sprayer | | | |
| | | 2022 | Echo Trimmer Straight Shaft Head Attachment | | | |
| | | 2022 | Echo Edger Straight Shaft Attachment | | | |
| | | 2022 | Echo Hedge Trimmer Articulating Attachment | | | |
| | | 2022 | (2) Vinyl Coated Rack for Enclosed Trailer | | | |
| | | 2022 | (3) Backpack Blower Rack w/Keyed Lock | | | |
| | | 2022 | (4) No Spill Can Rack | | | |
| | 40514121 | 2022 | (2) Exmark Lazer Z X-Series 60" KAW Mower | | x | |
| | | | (2) Exmark Staris S-Series 52" KAW 730 Mower | | | |
| | | | (2) Exmark Staris E-Series 36" KAW 600 Mower | | | |
| | 40470106 | 2021 | (2) Exmark Staris S-Series 52" Mower | x | | |
| | 40456873 | 2021 | (1) Exmark Lazer Z X-Series 60" KAW Mower | x | | |
| | 40445781 | 2021 | (1) Exmark Lazer Z X-Series 60" KAW Mower | x | | |
| | | 2021 | (1) Exmark Staris S-Series 36" Mower | | | |
| Navitas Credit Corp. | 40737527 | 2020 | Furniture/Office Equipment/Phone Equipment Installation | x | | |
| | 40910676 | 2021 | (2) 52 Spay Master | x | | |
| | 40877888 | 2021 | (2) Landscaping Trailers | x | | |
| | 40934600 | 2021 | (2) Landscaping Trailers | x | | |
| | 41057790 | 2023 | New building Upfit | x | | |
| | 41099611 | 2023 | New building Upfit | x | | |
| | 41101953 | 2023 | New building Upfit | x | | |

# Equipment Inventory

| | | | | | | |
|---|---|---|---|---|---|---|
| | 41107554 | 2023 | (1) Landscaping Trailer | x | | |
| Summit Vendor Finance | 23614 | 2021 | Vermeer CTX160 Mini Skid Steer | | x | |
| De Lage Landen Financial | 500-50192345 | 2021 | Vermeer CTX100 Mini Skid Steer | | x | |
| PNC Equipment Finance | 185359 | 2021 | Bobcat T76 Compact Tract Serial #  B4CE15278 | x | | |
| | 191936 | 2022 | Bobcat E42 Compact Tract Serial # B4GM14974 | x | | |
| | 192964 | 2022 | Bobcat T76 Compact Tract Serial #  B4CE18243 | x | | |

**Fill in this information to identify the case:**

Debtor name    **Robbins Service Group, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **23-40082**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Ally Financial** | Describe debtor's property that is subject to a lien | $203,809.92 | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 380901
Bloomington, MN 55438**

Describe debtor's property that is subject to a lien
**Equipment Debt**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **General Motors Financial Company, Inc.** | Describe debtor's property that is subject to a lien | $167,715.20 | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 183593
Arlington, TX 76096-3834**

Describe debtor's property that is subject to a lien
**Equipment Debt**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Robbins Service Group, LLC** | | Case number (if known) | **23-40082** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Global Merchant Cash** | Describe debtor's property that is subject to a lien | $66,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**64 Beaver St., Suite 415
New York, NY 10004**

Creditor's mailing address

**Merchant Cash Advance loan**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Green Grass Capital** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1 Whitehall St., Suite 200
New York, NY 10004**

Creditor's mailing address

**Merchant Cash Advance loan**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Isuzu Finance of America, Inc.** | Describe debtor's property that is subject to a lien | $82,789.90 | Unknown |
|---|---|---|---|---|

Creditor's Name

**2500 Westchester Ave., Suite 312
Purchase, NY 10577**

Creditor's mailing address

**Equipment Debt**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

---

| Debtor | **Robbins Service Group, LLC** | Case number (if known) | **23-40082** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Mitsubishi HC Capital America** | Describe debtor's property that is subject to a lien | $340,860.32 | Unknown |
|---|---|---|---|---|

Creditor's Name

**800 Connecticut Ave.
4th Floor North
Norwalk, CT 06854-1631**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Equipment Debt**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Toyota Industries Commercial Finance Inc** | Describe debtor's property that is subject to a lien | $39,420.41 | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 9050
Dallas, TX 75019-9050**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Sprayer**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **Robbins Service Group, LLC**                              Case number (if known)    **23-40082**
_____Name_____

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$900,595.75** |

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name    **Robbins Service Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-40082**

☐ Check if this is an
   amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Bradley Lewis**<br>**8802 Cameron Spring Road**<br>**Charlotte, NC 28214** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,550.96 | $1,550.96 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**401K** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Brian O'Day**<br>**4745 Hot Rod Road**<br>**Catawba, NC 28609** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,038.46 | $1,038.46 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **Robbins Service Group, LLC** | Case number (if known) | **23-40082** |
|--------|-------------------------------|------------------------|--------------|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,934.87 | $1,934.87 |
|-----|---|---|---|---|

**Brian O'Day**
**4745 Hot Rod Road**
**Catawba, NC 28609**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401K**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $912.35 | $912.35 |
|-----|---|---|---|---|

**Cameron Moore**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401K**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $769.22 | $769.22 |
|-----|---|---|---|---|

**Daniel B. Taylor**
**824 Valleydale Road**
**Charlotte, NC 28214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,538.46 | $1,538.46 |
|-----|---|---|---|---|

**Joseph Ellis**
**1915 Lynmore Drive**
**Sherrills Ford, NC 28673**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Robbins Service Group, LLC** | | Case number (if known) | **23-40082** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address<br>**Joseph Ellis**<br>**1915 Lynmore Drive**<br>**Sherrills Ford, NC 28673** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,719.28** | **$1,719.28** |

Date or dates debt was incurred

Basis for the claim:
**401K**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address<br>**Leandro Bonilla-Torres** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,105.41** | **$1,105.41** |

Date or dates debt was incurred

Basis for the claim:
**401K**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address<br>**Luis Brenes** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$987.37** | **$987.37** |

Date or dates debt was incurred

Basis for the claim:
**401K**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address<br>**Marlan Perry** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$801.37** | **$801.37** |

Date or dates debt was incurred

Basis for the claim:
**401K**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Robbins Service Group, LLC** | | Case number (if known) | **23-40082** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,440.00 | $11,440.00 |
|---|---|---|---|---|
| | **Michael Robbins** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No ☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,120.00 | $14,120.00 |
|---|---|---|---|---|
| | **Roberta I. Robbins** **11324 Lauren Ln.** **Davidson, NC 28033** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **401K** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No ☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|
| | **Roberta I. Robbins** **11324 Lauren Ln.** **Davidson, NC 28033** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,603.43 | $1,603.43 |
|---|---|---|---|---|
| | **Triston McEwen** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **401K** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No ☐ Yes | | |

| Debtor | **Robbins Service Group, LLC** | | Case number *(if known)* | **23-40082** |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,234.24 | $2,234.24 |
|---|---|---|---|---|

**Victoria Bolick**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,600.00 | $5,600.00 |
|---|---|---|---|---|

**Victoria Bolick**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **401K** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3D Worldwide, LLC**
**The Deaton Law Firm, PLLC**
**3638 N. Hwy 16**
**Denver, NC 28037**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $859.00 |
|---|---|---|---|

**A Sani-Can**
**8151 Webbs Rd.**
**Denver, NC 28037**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADT Headquarters**
**1501 Yamato Rd.**
**Boca Raton, FL 33431**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Robbins Service Group, LLC** | Case number (if known) | **23-40082** |
|---|---|---|---|
| | Name | | |

---

**3.4**

Nonpriority creditor's name and mailing address

**American Express**
**PO Box 6031**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No  ☐ Yes

**$80,507.14**

---

**3.5**

Nonpriority creditor's name and mailing address

**Argos**
**455 South Johnston St.**
**Dallas, GA 30132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Materials**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6**

Nonpriority creditor's name and mailing address

**Artisan Signs**
**18335 Old Statesville Road "L"**
**Cornelius, NC 28031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Materials**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,214.80**

---

**3.7**

Nonpriority creditor's name and mailing address

**Aspire, LLC**
**390 S Woodsmill Rd**
**Chesterfield, MO 63017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.8**

Nonpriority creditor's name and mailing address

**Capital One**
**PO Box 71087**
**Charlotte, NC 28272**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,236.82**

---

**3.9**

Nonpriority creditor's name and mailing address

**Carolina Foundation Solutions & Supply**
**10810 Southern Loop Blvd, Suite 17**
**Pineville, NC 28134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,706.40**

---

**3.10**

Nonpriority creditor's name and mailing address

**Chase**
**PO Box 1423**
**Charlotte, NC 28201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No  ☐ Yes

**$38,540.74**

---

| Debtor | **Robbins Service Group, LLC** | Case number (if known) | **23-40082** |
|---|---|---|---|
| | Name | | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,847.33** |
|---|---|---|---|

**Cintas**
**PO Box 631025**
**Cincinnati, OH 45632**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Clark Caniff**
**145 S. Livernois, Suite 240**
**Rochester Hills, MI 48307**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Recruiting fees**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,467.37** |
|---|---|---|---|

**Coast**
**PO Box 483**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Fleet, equipment fuel**

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$653.42** |
|---|---|---|---|

**Cooke Rentals**
**5743 Highway 150 East**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Rental Equipment**

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,750.00** |
|---|---|---|---|

**Davenport Law**
**5900 South Lake Forest Dr., Suite 300**
**Mckinney, TX 75070**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Professional fees**

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$396.14** |
|---|---|---|---|

**DeLage Landen Financial**
**1111 Old Eagle School Road**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Equipment Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.10** |
|---|---|---|---|

**Denver Tire & Automotive**
**3309 N. Hwy 16**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Robbins Service Group, LLC** | Case number (if known) | **23-40082** |
|---|---|---|---|
| | Name | | |

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$873.89**

**Duke Energy Headquarters**
**526 S. Church St.**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,360.00**

**EBF Holdings, LLC**
**dba Everest Business Funding**
**102 West 38th Street, 6th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Merchant Cash Advance loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,309.98**

**Erie Insurance**
**100 Erie Insurance Place**
**Erie, PA 16530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,150.00**

**First Citizens Bank & Trust Company**
**4300 Six Forks Road**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Great Lakes Petroleum**
**5001 Wilkinson Blvd**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Fuel supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,966.89**

**Green Resources**
**PO Box 429**
**Colfax, NC 27235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,347.72**

**Greenberg, Grant & Richards, Inc.**
**5858 Westheimer Rd., Suite 500**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Third-Party Collections Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Robbins Service Group, LLC** | Case number (if known) | **23-40082** |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00**

**Ground Technological Services**
**2067 Hwy 16 N Business**
**Denver, NC 28037**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Engineering services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00**

**Headrick Outdoor Media**
**1 Freedom Square**
**Laurel, MS 39440**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Billboard ads**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**1111 Pennsylvania Avenue NW**
**Washington, DC 20004-2541**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,646.75**

**Interstate Supplies & Service**
**511 Union West Blvd**
**Stallings, NC 28104**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment & equipment  repair**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93,500.00**

**Kalamata Capital Group, LLC**
**Berkovitch & Bouskila, PLLC**
**1545 Route 202, Ste. 101**
**Pomona, NY 10970**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Merchant Cash Advance loan**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lincoln County**
**c/o Megan Gilbert, County Attorney**
**353 N. Generals Blvd.**
**Lincolnton, NC 28092**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Robbins Service Group, LLC** | Case number (if known) | **23-40082** |
|---|---|---|---|

Name

---

**3.32**

**Nonpriority creditor's name and mailing address**
**Lyon Financial**
**118 Morlake Dr., Suite 202**
**Mooresville, NC 28117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.33**

**Nonpriority creditor's name and mailing address**
**Magic Maid**
**P.O. Box 1982**
**Denver, NC 28037**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,450.00

---

**3.34**

**Nonpriority creditor's name and mailing address**
**Markham Landscape Products**
**P O Box 481029**
**Charlotte, NC 28269**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Materials**

Is the claim subject to offset? ■ No  ☐ Yes

$4,468.84

---

**3.35**

**Nonpriority creditor's name and mailing address**
**Martin Marietta**
**PO Box 30013**
**Raleigh, NC 27622**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Stone supplier**

Is the claim subject to offset? ■ No  ☐ Yes

$2,048.64

---

**3.36**

**Nonpriority creditor's name and mailing address**
**Moz Stone**
**3101 Yorkmont Rd., Suite 1600**
**Charlotte, NC 28208**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$200.49

---

**3.37**

**Nonpriority creditor's name and mailing address**
**Navitas Credit Corp.**
**201 Executive Center Dr., Suite 100**
**Columbia, SC 29210**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Equipment**

Is the claim subject to offset? ■ No  ☐ Yes

$194,638.21

---

**3.38**

**Nonpriority creditor's name and mailing address**
**NC Department of Revenue**
**Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice Purposes Onlynly**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Robbins Service Group, LLC** | Case number (if known) | **23-40082** |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,105.33** |
|---|---|---|---|

**NewCo Capital Group VI LLC**
**The Law Offices of Jason Gang, PLLC**
**1245 Hewlett Plaza #478**
**Hewlett, NY 11557**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Partners Insurance Agency, Inc.**
**17505 W. Catawba Ave., Ste. 250**
**Cornelius, NC 28031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,507.40** |
|---|---|---|---|

**Patten Seed Company/Super Sod**
**PO Box 217**
**Lakeland, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Materials**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,870.95** |
|---|---|---|---|

**Perennial Groves**
**1400 N. Highway 16**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Materials**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PNC Equipment Finance, LLC**
**655 Business Center Drive, Suite 250**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Equipment**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.63** |
|---|---|---|---|

**Printing Pros**
**1252 NC 16 Business**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$856.93** |
|---|---|---|---|

**Promo Threads**
**19824-C W Catawba Avenue**
**Cornelius, NC 28031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Robbins Service Group, LLC** | Case number (if known)   **23-40082** |
|---|---|---|
| | Name | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Quickbooks Payroll**
**Intuit Corporate Headquarters**
**2632 Marine Way**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payroll taxes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $874.85 |

**Race City Steel**
**4052 N NC Highway 16**
**Denver, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,310.00 |

**Robbins Media Group**
**8226 Village Harbor Drive**
**Cornelius, NC 28031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.19 |

**RS Braswel**
**485 S. Cannon Blvd**
**Kannapolis, NC 28083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Equipment & equipment  repair**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Rush Truck Centers of Georgia, Inc.**
**2120 Atlanta Rd SE**
**Smyrna, GA 30080-1518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Equipment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Securities & Exchange Commission**
**Office of Reorganization**
**Suite 900**
**950 East Paces Ferry Road, N.E.**
**Atlanta, GA 30326-1382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Securities and Exchange Commission**
**100 F Street, NE**
**Washington, DC 20549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Robbins Service Group, LLC** | Case number (if known) | **23-40082** |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,637.21** |
|---|---|---|---|

**Shell Small Business (WEX Bank)**
**PO Box 6293**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fleet, equipment fuel**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$82,230.50** |
|---|---|---|---|

**Site One**
**300 Colonial Center Parkway, Suite 600**
**Roswell, GA 30076**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials, tools**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,450.00** |
|---|---|---|---|

**Southern Landscape Design**
**3821 Davis Dr**
**Charlotte, NC 28270**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landscape design services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Spectrum Business Headquarters**
**400 Atlantic Street**
**Stamford, CT 06901**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Stevens-Weir Southern**
**1523 S Anderson Rd**
**Rock Hill, SC 29730**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Concrete vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Summit Vendor Finance**
**4680 Parkway Drive, Suite 300**
**Mason, OH 45040**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,324.74** |
|---|---|---|---|

**T3 Computer Services**
**645 Kannapolis Pkwy**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Robbins Service Group, LLC** | Case number *(if known)* | **23-40082** |
|---|---|---|---|
| | Name | | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,966.31** |
|---|---|---|---|

**The Sagamore Companies**
**2001 Barlow Road**
**Hudson, OH 44236**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Materials__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,705.77** |
|---|---|---|---|

**UCB Visa (Elan Financial Services)**
**PO Box 790408**
**St Louis, MO 63178**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit card__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$532,257.53** |
|---|---|---|---|

**United Community Bank**
**160 Mine Lake Ct., Ste. 200**
**Raleigh, NC 27615**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __SBA loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**US Attorney's Office**
**1700 Carillon**
**227 West Trade Street**
**Charlotte, NC 28202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Verizon Wireless Headquarters**
**1095 Avenue of the Americas**
**New York, NY 10013**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,024.05** |
|---|---|---|---|

**Vermeer All Roads**
**925 Merritt Blvd**
**Baltimore, MD 21222**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Equipment Repair__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$671.75** |
|---|---|---|---|

**Western Equipment Finance**
**PO Box 640**
**Devils Lake, ND 58301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Equipment__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Robbins Service Group, LLC** | Case number (if known) | **23-40082** |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$231,360.00** |
|---|---|---|---|

**White Road Capital, LLC**
**dba Global Funding Experts Holdings**
**27-01 Queens Plaza North, Suite 802**
**Long Island City, NY 11101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Merchant Cash Advance loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 48,355.42 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,758,828.81 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 1,807,184.23 |

**Fill in this information to identify the case:**

Debtor name **Robbins Service Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **23-40082**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Leases**<br><br>State the term remaining<br><br>List the contract number of any government contract | **\*See Attached Schedule G Spreadsheet\*** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Building Rent**<br><br>State the term remaining — **28 months**<br><br>List the contract number of any government contract | **3D Worldwide**<br>**4052 Hwy 16**<br>**Denver, NC 28037** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Approximately 131 Landscaping Maintenance Agreements with Customers** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Approximately 17 Landscaping Installation Agreements with Customers** |

Debtor 1   **Robbins Service Group, LLC**
_____          Case number (*if known*)   **23-40082**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Blu Robbin Group**<br>**8226 Village Harbor**<br>**Cornelius, NC 28031** |

**Attachment to Schedule G**
**Equipment Leases**

| Leased Property | Lessor |
|---|---|
| (2) Exmark Staris S-Series 52" Mower | Western Equipment Finance<br>PO Box 640<br>Devils Lake, ND 58301 |
| (1) Exmark Lazer Z X-Series 60" KAW Mower | Western Equipment Finance<br>PO Box 640<br>Devils Lake, ND 58301 |
| (1) Exmark Lazer Z X-Series 60" KAW Mower | Western Equipment Finance<br>PO Box 640<br>Devils Lake, ND 58301 |
| (1) Exmark Staris S-Series 36" Mower | Western Equipment Finance<br>PO Box 640<br>Devils Lake, ND 58301 |
| Furniture/Office Equipoment/Phone Equipment Installation | Navitas Credit Corp.<br>201 Executive Center Dr.<br>Suite 100<br>Columbia, SC 29210 |
| (2) 52 Spray Master | Navitas Credit Corp.<br>201 Executive Center Dr.<br>Suite 100<br>Columbia, SC 29210 |
| (2) Landscaping Trailers | Navitas Credit Corp.<br>201 Executive Center Dr.<br>Suite 100<br>Columbia, SC 29210 |
| (2) Landscaping Trailers | Navitas Credit Corp.<br>201 Executive Center Dr.<br>Suite 100<br>Columbia, SC 29210 |
| New building Upfit | Navitas Credit Corp.<br>201 Executive Center Dr.<br>Suite 100<br>Columbia, SC 29210 |
| New building Upfit | Navitas Credit Corp.<br>201 Executive Center Dr.<br>Suite 100<br>Columbia, SC 29210 |
| New building Upfit | Navitas Credit Corp.<br>201 Executive Center Dr.<br>Suite 100<br>Columbia, SC 29210 |
| (1) Landscaping Trailer | Navitas Credit Corp.<br>201 Executive Center Dr.<br>Suite 100<br>Columbia, SC 29210 |

**Attachment to Schedule G**

**Equipment Leases**

Bobcat T76 Compact Tract Serial #
B4CE15278

PNC Equipment Finance, LLC
655 Business Center Drive
Suite 250
Horsham, PA 19044

Bobcat E42 Compact Tract Serial #
B4GM14974

PNC Equipment Finance, LLC
655 Business Center Drive
Suite 250
Horsham, PA 19044

Bobcat T76 Compact Tract Serial #
B4CE18243

PNC Equipment Finance, LLC
655 Business Center Drive
Suite 250
Horsham, PA 19044

| Fill in this information to identify the case: |
| --- |

Debtor name      **Robbins Service Group, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **23-40082**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Blu Robbin Group LLC** | **8226 Village Harbor Cornelius, NC 28031** | **Kalamata Capital Group, LLC** | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |
| 2.2  **Blu Robbin Group, LLC** | **8226 Village Harbor Cornelius, NC 28031** | **NewCo Capital Group VI LLC** | ☐ D _____<br>■ E/F __3.39__<br>☐ G _____ |
| 2.3  **EZ Tear Media, LLC** | **9815-J Sam Furr Road, #105 Huntersville, NC 28078-8219** | **Kalamata Capital Group, LLC** | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |
| 2.4  **EZ Tear Media, LLC** | **9815-J Sam Furr Road, #105 Huntersville, NC 28078-8219** | **NewCo Capital Group VI LLC** | ☐ D _____<br>■ E/F __3.39__<br>☐ G _____ |
| 2.5  **Michael A. Robbins** | **11324 Lauren Ln. Davidson, NC 28033** | **PNC Equipment Finance, LLC** | ☐ D _____<br>■ E/F __3.43__<br>☐ G _____ |

| Debtor | **Robbins Service Group, LLC** | Case number *(if known)* | **23-40082** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Michael A. Robbins | 11324 Lauren Ln. Davidson, NC 28033 | **Western Equipment Finance** | ☐ D _____ ■ E/F __3.66__ ☐ G _____ |
| 2.7 | Michael A. Robbins | 11324 Lauren Ln. Davidson, NC 28033 | **Navitas Credit Corp.** | ☐ D _____ ■ E/F __3.37__ ☐ G _____ |
| 2.8 | Michael A. Robbins | 11324 Lauren Ln. Davidson, NC 28033 | **First Citizens Bank & Trust Company** | ☐ D _____ ■ E/F __3.21__ ☐ G _____ |
| 2.9 | Michael A. Robbins | 11324 Lauren Ln. Davidson, NC 28033 | **United Community Bank** | ☐ D _____ ■ E/F __3.62__ ☐ G _____ |
| 2.10 | Michael A. Robbins | 11324 Lauren Ln. Davidson, NC 28033 | **Global Merchant Cash** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.11 | Michael A. Robbins | 11324 Lauren Ln. Davidson, NC 28033 | **Kalamata Capital Group, LLC** | ☐ D _____ ■ E/F __3.30__ ☐ G _____ |
| 2.12 | Michael A. Robbins | 11324 Lauren Ln. Davidson, NC 28033 | **White Road Capital, LLC** | ☐ D _____ ■ E/F __3.67__ ☐ G _____ |
| 2.13 | Michael A. Robbins | 11324 Lauren Ln. Davidson, NC 28033 | **Green Grass Capital** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Robbins Service Group, LLC** | Case number *(if known)* | **23-40082** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Michael A. Robbins** | **11324 Lauren Ln. Davidson, NC 28033** | **EBF Holdings, LLC** | ☐ D _____ <br> ■ E/F __3.19__ <br> ☐ G _____ |
| 2.15 | **Michael A. Robbins** | **11324 Lauren Ln. Davidson, NC 28033** | **NewCo Capital Group VI LLC** | ☐ D _____ <br> ■ E/F __3.39__ <br> ☐ G _____ |
| 2.16 | **Mosquito Defense of LKN, LLC** | **8226 Village Harbor Drive Cornelius, NC 28031-3706** | **Kalamata Capital Group, LLC** | ☐ D _____ <br> ■ E/F __3.30__ <br> ☐ G _____ |
| 2.17 | **Mosquito Defense of LKN, LLC** | **8226 Village Harbor Drive Cornelius, NC 28031-3706** | **Green Grass Capital** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.18 | **Mosquito Defense of LKN, LLC** | **8226 Village Harbor Drive Cornelius, NC 28031-3706** | **NewCo Capital Group VI LLC** | ☐ D _____ <br> ■ E/F __3.39__ <br> ☐ G _____ |
| 2.19 | **Robbins Media Group LLC** | **8226 Village Harbor Drive Cornelius, NC 28031** | **Kalamata Capital Group, LLC** | ☐ D _____ <br> ■ E/F __3.30__ <br> ☐ G _____ |
| 2.20 | **Robbins Media Group LLC** | **8226 Village Harbor Drive Cornelius, NC 28031** | **Green Grass Capital** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.21 | **Robbins Media Group LLC** | **8226 Village Harbor Drive Cornelius, NC 28031** | **NewCo Capital Group VI LLC** | ☐ D _____ <br> ■ E/F __3.39__ <br> ☐ G _____ |

| Debtor | **Robbins Service Group, LLC** | Case number *(if known)* | **23-40082** |

---

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| 2.22 | **Roberta I. Robbins** | **11324 Lauren Ln. Davidson, NC 28033** | **Western Equipment Finance** | ☐ D _____ ■ E/F ___3.66___ ☐ G _____ |

---

| 2.23 | **Roberta I. Robbins** | **11324 Lauren Ln. Davidson, NC 28033** | **Navitas Credit Corp.** | ☐ D _____ ■ E/F ___3.37___ ☐ G _____ |

---

| 2.24 | **Roberta I. Robbins** | **11324 Lauren Ln. Davidson, NC 28033** | **First Citizens Bank & Trust Company** | ☐ D _____ ■ E/F ___3.21___ ☐ G _____ |

---

| 2.25 | **Roberta I. Robbins** | **11324 Lauren Ln. Davidson, NC 28033** | **United Community Bank** | ☐ D _____ ■ E/F ___3.62___ ☐ G _____ |

---

| 2.26 | **Roberta I. Robbins** | **11324 Lauren Ln. Davidson, NC 28033** | **EBF Holdings, LLC** | ☐ D _____ ■ E/F ___3.19___ ☐ G _____ |

---

| 2.27 | **Roberta I. Robbins** | **11324 Lauren Ln. Davidson, NC 28033** | **Global Merchant Cash** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name __**Robbins Service Group, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __**23-40082**__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2023** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$1,577,148.81** |
| **For prior year:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | **$3,401,955.00** |
| **For year before that:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business ☐ Other _____ | **$3,325,201.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor   **Robbins Service Group, LLC**                    Case number *(if known)* **23-40082**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Attached SOFA 3.1** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attached SOFA 4** | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **NewCo Capital Group VI LLC v. Robbins Media Group, LLC et al** | **Breach of Contract** | **Supreme Court of New York Monroe County** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Kalmata Capital Group, LLC v. Robbins Service Group, LLC et al** | **Breach of Contract** | **Supreme Court of New York Washington County** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    **Robbins Service Group, LLC**                                   Case number *(if known)* **23-40082**

■ None

| Part 4: | Certain Gifts and Charitable Contributions |

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **East Lincoln Christian Ministry**<br>**P.O. Box 421**<br>**Denver, NC 28037** | **Charity Golf Tournament** | **1/1/2021** | **$1,070.00** |
| | Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Job materials, company-owned materials taken/withheld for personal use** | | **2022/2023** | **Unknown** |

| Part 6: | Certain Payments or Transfers |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rayburn Cooper & Durham, PA**<br>**227 West Trade Street, Ste. 1200**<br>**Charlotte, NC 28202** | | **March through May 2023** | **$22,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Robbins Service Group, LLC**                          Case number *(if known)* **23-40082**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. **Davenport Law**<br>**5900 South Lake Forest Dr.**<br>**McKinney, TX 75070** | | **February 2023** | **$6,250.00** |
| Email or website address<br>**www.davenportlaw.com** | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **4424 N NC-16 Business Hwy**<br>**Denver, NC 28037** | **7/2020 - 11/2022** |
| 14.2. **4458 N NC-16 Business Hwy**<br>**Denver, NC 28037** | **1/2022 - 11/2022** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Debtor | **Robbins Service Group, LLC** | Case number *(if known)* **23-40082** |
|---|---|---|

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Name, Physical Address, Mailing Address, E-mail Address, Checking
Account Numbers, Credit Card Numbers, Gate Codes**

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.

☐ Yes. Fill in below:

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,
moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,
cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this
case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **United Community Bank 160 Mine Lake Ct., Ste. 200 Raleigh, NC 27615** | **Michael A. Robbins** | **Personal Documents** | ☐ No<br>■ Yes |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in
which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | **Robbins Service Group, LLC** | Case number *(if known)* **23-40082** |
|---|---|---|

not list leased or rented property.

■ None

**Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **REH CPA** 223 Williamson Road, Suite 104 Mooresville, NC 28117 | **2021 - Present** |

| Debtor | Robbins Service Group, LLC | Case number (if known) | 23-40082 |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **REH CPA** <br> **223 Williamson Road, Suite 104** <br> **Mooresville, NC 28117** | **2021 - Present** |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **REH CPA** <br> **223 Williamson Road, Suite 104** <br> **Mooresville, NC 28117** | **2021 - Present** |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Bill Botkin & Roberta Robbins** | **6/2/2023** | **Unknown** |

| Name and address of the person who has possession of inventory records |
|---|
| **United Community Bank** <br> **160 Mine Lake Ct., Ste. 200** <br> **Raleigh, NC 27615** |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael A. Robbins** | **11324 Lauren Ln.** <br> **Davidson, NC 28033** | **Managing Member** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Roberta I. Robbins** | **11324 Lauren Ln.** <br> **Davidson, NC 28033** | **Member** | **50%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

| Debtor | Robbins Service Group, LLC | Case number *(if known)* | **23-40082** |

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Michael A. Robbins**<br>**11324 Lauren Ln.**<br>**Davidson, NC 28033**<br><br>Relationship to debtor<br>**Member/President/CEO** | **$454,939.37** | **5/15/2022 -**<br>**5/14/2023** | **Draws/Reimbursement** |
| 30.2. | **Michael A. Robbins**<br>**11324 Lauren Ln.**<br>**Davidson, NC 28033**<br><br>Relationship to debtor<br>**Member/President/CEO** | **$103,240.00** | **5/15/2022 -**<br>**5/14/2023** | **Salary** |
| 30.3. | **Roberta I. Robbins**<br>**11324 Lauren Ln.**<br>**Davidson, NC 28033**<br><br>Relationship to debtor<br>**Member** | **$40,000.00** | **5/15/2022 -**<br>**5/14/2023** | **Salary** |
| 30.4. | **Ashley Smith**<br>**5300 Ennisworth Lane**<br>**Charlotte, NC 28214**<br><br>Relationship to debtor<br>**Relative of Member** | **$40,800.00** | **5/15/2022 -**<br>**5/14/2023** | **Salary** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor   **Robbins Service Group, LLC**                                    Case number *(if known)*   **23-40082**

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  9, 2023**

**/s/ Michael A. Robbins**                                 **Michael A. Robbins**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **President/CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**Attachment to SOFA 3.1**
**Payments Within 90 Days**

| Creditor | Payments | Secured Debt | Unsecured Loan Repayment | Supplier/Vendor | Services |
|---|---|---|---|---|---|
| 3D Worldwide | $ 50,000.00 | | | x | |
| Argos | $ 10,901.03 | | | x | |
| Blue Cross Blue Shield of NC | $ 20,180.43 | | | x | |
| BMW Financial | $ 7,973.42 | | x | | |
| Erie Insurance | $ 35,417.23 | | | x | |
| Everest Business Funding | $ 6,936.00 | | x | | |
| Global Funding Experts | $ 23,340.00 | | x | | |
| GM Financial | $ 9,982.74 | x | | | |
| Green Grass One | $ 18,178.00 | | x | | |
| Mitsubishi | $ 11,335.58 | x | | | |
| Navitas Credit Corp | $ 34,751.35 | x | | | |
| PNC | $ 9,966.87 | x | | | |
| QuickBooks Payments | $ 6,979.78 | | | x | |
| Rayburn Cooper & Durham, PA | $ 22,500.00 | | | x | |
| Shell | $ 31,530.69 | | | x | |
| Site One | $ 85,520.32 | | | x | |

**Attachment to SOFA 3.1**
**Payments Within 90 Days**

| Creditor | Payments | Secured Debt | Unsecured Loan Repayment | Supplier/Vendor | Services |
|---|---|---|---|---|---|
| Soil Supply | $  11,876.23 | | | x | |
| Unifirst Corporation | $  14,800.00 | | | x | |
| Western Equipment Finance | $  8,082.96 | x | | | |

**Attachment to SOFA 4**
**Payments Within 1 Year**

| Name | Date | Amount | Transaction type |
|------|------|--------|------------------|
| Michael Robbins* | 5/16/2022 | $    50,000.00 | Deposit |
| Michael Robbins | 5/17/2022 | $    50,000.00 | Deposit |
| Michael Robbins | 5/26/2022 | $   (25,000.00) | Check |
| Michael Robbins | 7/6/2022 | $   (10,000.00) | Check |
| Michael Robbins | 7/7/2022 | $   (10,000.00) | Check |
| Michael Robbins | 8/4/2022 | $    25,000.00 | Deposit |
| Michael Robbins | 8/5/2022 | $    (8,000.00) | Check |
| Michael Robbins | 8/8/2022 | $    50,000.00 | Deposit |
| Michael Robbins | 8/15/2022 | $    45,000.00 | Deposit |
| Michael Robbins | 8/29/2022 | $    (5,000.00) | Expense |
| Michael Robbins | 9/1/2022 | $   (10,000.00) | Expense |
| Michael Robbins | 9/8/2022 | $    (7,500.00) | Expense |
| Michael Robbins | 9/17/2022 | $     2,500.00 | Credit Card |
| Michael Robbins | 9/19/2022 | $    (2,000.00) | Expense |
| Michael Robbins | 9/21/2022 | $    (2,000.00) | Expense |
| Michael Robbins | 9/22/2022 | $    (6,000.00) | Expense |
| Michael Robbins | 9/22/2022 | $    (5,000.00) | Expense |
| Michael Robbins | 9/22/2022 | $    (2,000.00) | Expense |
| Michael Robbins | 9/23/2022 | $    (4,897.98) | Expense |
| Michael Robbins | 9/23/2022 | $     9,000.00 | Deposit |
| Michael Robbins | 9/26/2022 | $    (3,500.00) | Expense |
| Michael Robbins | 9/29/2022 | $   (10,000.00) | Expense |
| Michael Robbins | 10/4/2022 | $    (2,000.00) | Expense |
| Michael Robbins | 10/6/2022 | $    (7,500.00) | Journal Entry |
| Michael Robbins | 10/10/2022 | $   (10,000.00) | Expense |
| Michael Robbins | 10/17/2022 | $    20,000.00 | Deposit |
| Michael Robbins | 10/18/2022 | $     2,600.00 | Deposit |
| Michael Robbins | 10/18/2022 | $    16,000.00 | Deposit |
| Michael Robbins | 10/19/2022 | $    19,400.00 | Deposit |
| Michael Robbins | 10/20/2022 | $    (2,500.00) | Expense |
| Michael Robbins | 10/24/2022 | $    45,000.00 | Deposit |
| Michael Robbins | 10/27/2022 | $    20,000.00 | Deposit |
| Michael Robbins | 11/8/2022 | $    (3,000.00) | Expense |
| Michael Robbins | 11/14/2022 | $     2,500.00 | Deposit |
| Michael Robbins | 11/16/2022 | $    75,000.00 | Deposit |
| Michael Robbins | 11/18/2022 | $    50,000.00 | Deposit |
| Michael Robbins | 12/15/2022 | $    75,000.00 | Deposit |
| Michael Robbins | 12/15/2022 | $     5,995.00 | Deposit |
| Michael Robbins | 12/16/2022 | $     9,505.00 | Deposit |
| Michael Robbins | 12/16/2022 | $          5.00 | Deposit |
| Michael Robbins | 12/19/2022 | $        175.00 | Deposit |
| Michael Robbins | 12/19/2022 | $          5.00 | Deposit |

*The Debtor believes some of these transactions may have been made to Robbins Media Group, LLC, and continues to investigate its books and records.
The Debtor reserves all rights to amend the Statements as necessary following its investigation.

**Attachment to SOFA 4**
**Payments Within 1 Year**

| Name | Date | Amount | Transaction type |
|---|---|---|---|
| Michael Robbins | 12/19/2022 | $ 480.00 | Deposit |
| Michael Robbins | 12/19/2022 | $ (1,000.00) | Expense |
| Michael Robbins | 12/20/2022 | $ 565.00 | Deposit |
| Michael Robbins | 12/20/2022 | $ 5,650.00 | Deposit |
| Michael Robbins | 12/20/2022 | $ 1,410.00 | Deposit |
| Michael Robbins | 12/27/2022 | $ 4,895.00 | Deposit |
| Michael Robbins | 12/29/2022 | $ 1,000.00 | Deposit |
| Michael Robbins | 12/30/2022 | $ 450.00 | Deposit |
| Michael Robbins | 12/30/2022 | $ 5,000.00 | Deposit |
| Michael Robbins | 1/1/2023 | $ (8,476.84) | Expense |
| Michael Robbins | 1/3/2023 | $ (1,000.00) | Expense |
| Michael Robbins | 1/4/2023 | $ (3,300.00) | Check |
| Michael Robbins | 1/4/2023 | $ (500.00) | Expense |
| Michael Robbins | 1/10/2023 | $ (5,000.00) | Expense |
| Michael Robbins | 1/12/2023 | $ (10,000.00) | Expense |
| Michael Robbins | 1/13/2023 | $ (10,000.00) | Expense |
| Michael Robbins | 1/13/2023 | $ (5,916.66) | Expense |
| Michael Robbins | 1/13/2023 | $ 8,000.00 | Deposit |
| Michael Robbins | 1/13/2023 | $ (227.91) | Credit Card |
| Michael Robbins | 1/26/2023 | $ 10,000.00 | Deposit |
| Michael Robbins | 1/27/2023 | $ 15,000.00 | Deposit |
| Michael Robbins | 1/30/2023 | $ (4,000.00) | Expense |
| Michael Robbins | 1/30/2023 | $ (500.00) | Expense |
| Michael Robbins | 1/31/2023 | $ (1,500.00) | Expense |
| Michael Robbins | 2/1/2023 | $ (1,700.00) | Expense |
| Michael Robbins | 2/1/2023 | $ (3,500.00) | Expense |
| Michael Robbins | 2/6/2023 | $ (1,000.00) | Expense |
| Michael Robbins | 2/7/2023 | $ (2,500.00) | Expense |
| Michael Robbins | 2/8/2023 | $ - | Expense |
| Michael Robbins | 2/8/2023 | $ (700.00) | Expense |
| Michael Robbins | 2/8/2023 | $ (150.00) | Expense |
| Michael Robbins | 2/8/2023 | $ (20.00) | Expense |
| Michael Robbins | 2/9/2023 | $ (1,000.00) | Expense |
| Michael Robbins | 2/9/2023 | $ 1,000.00 | Transfer |
| Michael Robbins | 2/13/2023 | $ 5,000.00 | Transfer |
| Michael Robbins | 2/15/2023 | $ (5,916.66) | Expense |
| Michael Robbins | 2/16/2023 | $ 8,000.00 | Deposit |
| Michael Robbins | 2/17/2023 | $ - | Transfer |
| Michael Robbins | 2/17/2023 | $ 2,500.00 | Transfer |
| Michael Robbins | 2/23/2023 | $ (30,000.00) | Journal Entry |
| Michael Robbins | 3/1/2023 | $ (1,000.00) | Check |
| Michael Robbins | 3/1/2023 | $ (1,500.00) | Check |

**Attachment to SOFA 4**
**Payments Within 1 Year**

| Name | Date | Amount | Transaction type |
|---|---|---|---|
| Michael Robbins | 3/1/2023 | $ (1,800.00) | Check |
| Michael Robbins | 3/1/2023 | $ (2,000.00) | Check |
| Michael Robbins | 3/2/2023 | $ (40,000.00) | Check |
| Michael Robbins | 3/2/2023 | $ (2,000.00) | Transfer |
| Michael Robbins | 3/3/2023 | $ 3,000.00 | Transfer |
| Michael Robbins | 3/6/2023 | $ 5,000.00 | Transfer |
| Michael Robbins | 3/9/2023 | $ (30,000.00) | Check |
| Michael Robbins | 3/9/2023 | $ (500.00) | Check |
| Michael Robbins | 3/14/2023 | $ 10,085.89 | Deposit |
| Michael Robbins | 3/14/2023 | $ (7,500.00) | Check |
| Michael Robbins | 3/16/2023 | $ (5,916.66) | Expense |
| Michael Robbins | 3/16/2023 | $ (40,000.00) | Expense |
| Michael Robbins | 3/23/2023 | $ (40,000.00) | Expense |
| Michael Robbins | 3/23/2023 | $ (2,000.00) | Expense |
| Michael Robbins | 3/30/2023 | $ (28,000.00) | Expense |
| Michael Robbins | 3/30/2023 | $ (2,000.00) | Expense |
| Michael Robbins | 4/3/2023 | $ (2,500.00) | Transfer |
| Michael Robbins | 4/5/2023 | $ 5,000.00 | Transfer |
| Michael Robbins | 4/6/2023 | $ 10,000.00 | Deposit |
| Michael Robbins | 4/13/2023 | $ 1,000.00 | Transfer |
| Michael Robbins | 4/14/2023 | $ 4,000.00 | Deposit |
| Michael Robbins | 4/14/2023 | $ (4,000.00) | Transfer |
| Michael Robbins | 4/14/2023 | $ (5,916.66) | Transfer |
| Michael Robbins | 4/18/2023 | $ (4,000.00) | Transfer |
| Michael Robbins | 4/19/2023 | $ 4,500.00 | Deposit |
| Michael Robbins | 4/28/2023 | $ 5,000.00 | Deposit |
| Michael Robbins | 5/5/2023 | $ (500.00) | Expense |
| Michael Robbins | 5/10/2023 | $ 2,000.00 | Deposit |
|  |  | $ 230,281.52 |  |
|  |  |  |  |
| Michael Robbins | 2022 | $ (28,600.00) | Salary |
| Michael Robbins | 1/6/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 1/18/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 1/20/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 1/27/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 2/3/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 2/10/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 2/17/2002 | $ (5,720.00) | Salary |
| Michael Robbins | 3/10/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 3/17/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 3/24/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 3/31/2023 | $ (5,720.00) | Salary |

**Attachment to SOFA 4**
**Payments Within 1 Year**

| Name | Date | Amount | Transaction type |
|---|---|---|---|
| Michael Robbins | 4/21/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 4/28/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 5/5/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 5/12/2023 | $ (6,000.00) | Salary |
| | | $ (114,680.00) | |
| | | | |
| Ashley Smith | 2022 | $ (31,200.00) | Salary |
| Ashley Smith | 2/24/2023 | $ (800.00) | Salary |
| Ashley Smith | 3/3/2023 | $ (800.00) | Salary |
| Ashley Smith | 3/10/2023 | $ (800.00) | Salary |
| Ashley Smith | 3/17/2023 | $ (800.00) | Salary |
| Ashley Smith | 3/24/2023 | $ (800.00) | Salary |
| Ashley Smith | 3/31/2023 | $ (800.00) | Salary |
| Ashley Smith | 4/7/2023 | $ (800.00) | Salary |
| Ashley Smith | 4/14/2023 | $ (800.00) | Salary |
| Ashley Smith | 4/21/2023 | $ (800.00) | Salary |
| Ashley Smith | 4/28/2023 | $ (800.00) | Salary |
| Ashley Smith | 5/5/2023 | $ (800.00) | Salary |
| Ashley Smith | 5/12/2023 | $ (800.00) | Salary |
| | | $ (40,800.00) | |
| | | | |
| Roberta Robbins | 2022 | $ (36,000.00) | Salary |
| Roberta Robbins | 1/6/2023 | $ (1,000.00) | Salary |
| Roberta Robbins | 1/20/2023 | $ (1,000.00) | Salary |
| Roberta Robbins | 4/28/2023 | $ (1,000.00) | Salary |
| Roberta Robbins | 5/5/2023 | $ (1,000.00) | Salary |
| Roberta Robbins | 5/12/2023 | $ (1,000.00) | Salary |
| | | $ (41,000.00) | |
| | | | |
| Blu Robbin Group | 6/1/2022 | $ (8,000.00) | Office Lease |
| Blu Robbin Group | 7/1/2022 | $ (8,000.00) | Office Lease |
| Blu Robbin Group | 8/1/2022 | $ (8,000.00) | Office Lease |
| Blu Robbin Group | 9/1/2022 | $ (8,000.00) | Office Lease |
| Blu Robbin Group | 10/1/2022 | $ (8,000.00) | Office Lease |
| Blu Robbin Group | 11/1/2022 | $ (8,000.00) | Office Lease |
| Blu Robbin Group | 12/1/2022 | $ (24,000.00) | Office Lease |
| Blu Robbin Group | 1/4/2023 | $ (12,000.00) | Office Lease |
| Blu Robbin Group | 2/9/2023 | $ (12,000.00) | Office Lease |
| Blu Robbin Group | 3/1/2023 | $ (12,000.00) | Office Lease |
| Blu Robbin Group | 4/1/2023 | $ (12,000.00) | Office Lease |
| Blu Robbin Group | 5/4/2023 | $ (12,000.00) | Office Lease |
| | | $ (132,000.00) | |