**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE  DIVISION**

IN RE:                         )

                               )    Case No.: 23-40082

    ROBBINS SERVICE GROUP, LLC    )    Chapter 11

                               )

                    Debtor.    )

_____)

**COVER SHEET FOR AMENDED SCHEDULES AND STATEMENTS**

Briefly describe the amendments to the Debtor's schedules and statements below, including the names of the schedules and/or statements being amended and any creditors added or removed.

<u>Note</u>: A filing fee may be required.

- Schedule A/B
  - No. 50, replaced spreadsheet with Schedule A/B, No. 50 Spreadsheet – REVISED
  - No. 67, changed to "yes"
  - No. 73, changed value of interest to $15,133.91
- Schedule D
  - No. 2.7, added Navitas Credit Corp.
  - No. 2.9, added United Community Bank
- Schedule E/F
  - No. 3.21, added "line of credit" as basis for the claim
  - Removed United Community Bank and Navitas Credit Corp
- Schedule G
  - No. 2.1, replaced spreadsheet with Schedule G, No. 2.1 - REVISED
- Statement of Financial Affairs
  - No. 3.1, replaced spreadsheet with SOFA, No. 3.1 - REVISED
  - No. 4, replaced spreadsheet with SOFA 4 - REVISED

Date:  _7/12/23_____

_/s/ Ashley Oldfield_____         _____
Attorney for Debtor(s) (or Debtor, if Pro Se)       Pro Se Joint Debtor (if applicable)

__Ashley Oldfield_____        _____
Print Name(s)                          Address

**Fill in this information to identify the case:**

Debtor name    **Robbins Service Group, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **23-40082**

■ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■   Amended *Schedule*   **A/B, D, E/F, G, SOFA**
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 12, 2023**    X **/s/ Michael A. Robbins**
Signature of individual signing on behalf of debtor

**Michael A. Robbins**
Printed name

**President/CEO**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Robbins Service Group, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **23-40082**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**       **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **United Commmunity Bank** | **Checking** | **6059** | $206.57 |
| 3.2. | **United Community Bank** | **Checking** | **5225** | $36.00 |
| 3.3. | **United Community Bank** | **Checking** | **0323** | $205.32 |
| 3.4. | **United Community Bank** | **Checking** | **5470** | $171.76 |
| 3.5. | **First Citizens Bank** | **Checking** | **4870** | $4,859.29 |
| 3.6. | **First Citizens Bank** | **Checking** | **9601** | $285.95 |

Debtor    **Robbins Service Group, LLC**                                    Case number *(If known)* **23-40082**
Name

| | | | | | |
|---|---|---|---|---|---|
| 3.7. | **First Citizens Bank** | **Checking** | 9599 | | **$3,427.75** |
| 3.8. | **First Citizens Bank** | **Checking** | 9628 | | **$426.94** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                          **$9,619.58**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.    **3D Worldwide - Security Deposit on Denver Location**                      **$12,000.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                          **$12,000.00**

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:            **79,960.24**    -    **16,558.33**    = ....    **$63,401.91**
                                     face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                         **$63,401.91**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.

| Debtor | **Robbins Service Group, LLC** | Case number *(if known)*  **23-40082** |
|--------|--------------------------------|----------------------------------------|
|        | Name | |

☐ Yes Fill in the information below.

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------|------|------|
| 39. **Office furniture** <br> **Miscellaneous Office Furniture** | **Unknown** | **N/A** | **Unknown** |
| 40. **Office fixtures** <br> **Miscellaneous Office Fixtures** | **Unknown** | | **Unknown** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Miscellaneous Office Equipment** | **Unknown** | | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| **$0.00** |
|-----------|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------|------|------|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Debtor    **Robbins Service Group, LLC**
Name

Case number *(If known)* **23-40082**

| | | | |
|---|---|---|---|
| 47.1. | **\*See Attached 206 A/B Number 47 Spreadsheet\*** | Unknown    N/A | Unknown |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **\*\*See Attached Schedule A/B,  No. 50 Spreadsheet - REVISED\*\*** | Unknown | Unknown |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

**$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Operations 4340 N NC 16 Business Hwy Denver, NC  28037** | Lease | Unknown | | Unknown |
| 55.2.  **Office Space 8226 Village Harbor Drive Cornelius, NC  28031** | Lease | Unknown | | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$0.00**

Debtor   **Robbins Service Group, LLC**                            Case number *(If known)* **23-40082**
Name

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** **www.wplkn.com** | Unknown | | Unknown |
| 62.   **Licenses, franchises, and royalties** **NC General Contractor License** | Unknown | | Unknown |
| **NC Irrigation Contractor License** | Unknown | | Unknown |
| **NC Landscape Contractor License** | Unknown | | Unknown |
| **NC Plumbing Contractor License** | Unknown | | Unknown |
| **SC General Contractor License** | Unknown | | Unknown |
| 63.   **Customer lists, mailing lists, or other compilations** **Customer Database** | Unknown | | Unknown |
| 64.   **Other intangibles, or intellectual property** **Landscape Project Designs** | Unknown | | Unknown |
| 65.   **Goodwill** **Goodwill** | Unknown | | Unknown |

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$0.00** |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

Debtor    **Robbins Service Group, LLC**                                  Case number *(If known)*  **23-40082**
      Name

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

      ■ No

      ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

      ■ No

      ☐ Yes

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.

    ■ Yes Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **Employee Retention Credits**    Tax year **2020** | **$95,373.79** |
| | **Employee Retention Credits**    Tax year **2021** | **$485,586.55** |
| 73. | **Interests in insurance policies or annuities**<br>**Northwestern Mutual Key Life Policies** | **$15,133.91** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Potential Lawsuits Against Former Employees, Davenport Law and Certain Merchant Cash Advance Companies** | **Unknown** |
| | **Nature of claim** | |
| | **Amount requested**    **$0.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property**<br>**Option to Purchase on Denver Location** | **Unknown** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$596,094.25** |

Debtor    **Robbins Service Group, LLC**                                    Case number *(If known)*  **23-40082**
_____          _____
Name

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor  **Robbins Service Group, LLC**                                    Case number *(If known)*  **23-40082**
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,619.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $63,401.91 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $596,094.25 | |
| 91. **Total.** Add lines 80 through 90 for each column | $681,115.74 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $681,115.74 |



**WHISPERING PINES LANDSCAPING**
Design · Installation · Maintenance

# Fleet Inventory

| Vendor | Year | Make | Model | Fuel Type | VIN # | Tag Number | Balance |
|--------|------|------|-------|-----------|-------|------------|---------|
| Ally | 2019 | Chevy | 6500HD | Diesel | 1HTKHPVM0KH338754 | KS7173 | |
| Ally | 2019 | Chevy | 5500 | Diesel | 1HTKJPVK8KH258623 | KJ4345 | |
| Ally | 2022 | Chevy | 1500 | Gas | 1GCPYBEK1NZ214656 | NX6510 | |
| Ally | 2021 | Chevy | 3500 | Gas | 1GB4WRE78MF278601 | KV2245 | |
| Ally | 2020 | Chevy | 2500HD | Diesel | 1GC1YNEY9LF332237 | KD7757 | |
| Ally | 2021 | Chevy | 2500 | Gas | 1GB1WLE75MF175183 | KT9227 | |
| GM | 2021 | Chevy | Equinox | Gas | 3GNAXHEV8MS123490 | JEM6959 | |
| GM | 2021 | Chevy | 5500 | Diesel | 1HTKJPVKXMH755272 | NW4664 | |
| GM | 2021 | Chevy | 1500 | Gas | 1GCPYBEH5MZ171121 | RBW9524 | |
| GM | 2020 | Chevy | 4500 | Diesel | 1HTKHPVK3LH248482 | KN1199 | |
| GM | 2021 | Chevy | 2500HD | Diesel | 1GC4YLEY1MF129748 | KJ2195 | |
| Isuzu | 2023 | Isuzu | NPR-HD | Gas | 54DC4W1DXPS203557 | RD6956 | |
| Mitsubishi | 2021 | Chevy | 5500 | Diesel | 1HTKJPVK4MH607926 | KY1778 | |
| Mitsubishi | 2021 | Chevy | 5500 | Diesel | 1HTKJPVK4MH814607 | NW4663 | |
| Mitsubishi | 2021 | Chevy | 3500 | Gas | 1GB4WRE71MF279315 | KY1739 | |
| Mitsubishi | 2022 | Chevy | 1500 | Gas | 1GCPYBEK9NZ116300 | KY1754 | |
| Mitsubishi | 2022 | Chevy | 1500 | Gas | 1GCPDBEK9NZ515106 | RC1804 | |
| Mitsubishi | 2022 | Chevy | 2500HD | Diesel | 1GC4YPEYXNF101682 | RB6371 | |
| Mitsubishi | 2023 | Chevy | Equinox | Gas | 3GNAXHEG8PL148406 | RED4988 | |
| Mitsubishi | 2023 | Chevy | Equinox | Gas | 3GNAXHEG3PL148426 | RED4987 | |
| None | 2013 | Dodge | 5500 | Diesel | 3C7WRNEL2D6595048 | KE4718 | |
| None | 2016 | Dodge | 5500 | Diesel | 3C7WRNFL6GG135264 | YA160951 | |
| None | 2017 | Dodge | 3500 | Gas | 3CYWRSCJ7HG719546 | KA7176 | |
| Toyota | 2020 | Isuzu | NPR-HD | Gas | 54DC4W1B4LS805296 | KL7540 | |

**Schedule A/B, No. 50 Spreadsheet - REVISED**

2022 Wright ZXT Stander 61" Zero Turn Mower
2023 (2) Wright ZK Stander 52" Zero Turn Mower
2023 (2) Wright Grasscatcher w/LG Extension
2023 Wright 3-Bag System for 61" WZ
2022 (3) Echo Trimmer SRM-2620
2022 (2) Echo PE-2620S Straight Shaft Edger
2022 (3) Echo PB-770T Power Blower
2023 Echo CS355T 16" Chainsaw
2022 Echo PAS-2620 Gas Power Head
2023 Echo HC-2210 Hedge Trimmer
2022 Echo HC-2210 Hedge Trimmer
2022 Echo 5 GAL Backpack Sprayer
2022 Echo Trimmer Straight Shaft Head Attachment
2022 Echo Edger Straight Shaft Attachment
2022 Echo Hedge Trimmer Articulating Attachment
2022 (2) Vinyl Coated Rack for Enclosed Trailer
2022 (3) Backpack Blower Rack w/Keyed Lock
2022 (4) No Spill Can Rack
2022 (2) Exmark Lazer Z X-Series 60" KAW Mower
2022 (2) Exmark Staris S-Series 52" KAW 730 Mower
2022 (2) Exmark Staris E-Series 36" KAW 600 Mower
2021 (2) Exmark Staris S-Series 52" Mower
2021 (1) Exmark Lazer Z X-Series 60" KAW Mower
2021 (1) Exmark Lazer Z X-Series 60" KAW Mower
2021 (1) Exmark Staris S-Series 36" Mower
2020 Furniture/Office Equipment/Phone Equipment Installation
2021 (2) 52 Spray Master
2023 New building Upfit
2023 New building Upfit
2023 New building Upfit
2021 Vermeer CTX160 Mini Skid Steer
2021 Vermeer CTX100 Mini Skid Steer
2021 Bobcat T76 Compact Tract Serial #  B4CE15278
2022 Bobcat E42 Compact Tract Serial # B4GM14974
2022 Bobcat T76 Compact Tract Serial #  B4CE18243
2018 Vermeer CTX100 Compact Skid Loader
2018 Vermeer LM-42 Tractor Unit
Exmark Lazer Z-X Ser Tractus Ties 60"
(2) Ryan Lawnaire V Honda Easy Steer
(2) 30" Riding Aerators
2021 Fabr Trailer VIN 3177

**Schedule A/B, No. 50 Spreadsheet - REVISED**

1998 Haul Trailer VIN 0054
2021 Big Trailer VIN 7935
2008 Hoop Trailer VIN 0516
2021 Big Trailer VIN 3039
2003 Agri Trailer VIN 2007
2017 Free Trailer VIN 6133
2017 Exce Trailer VIN 6339
2022 Big Trailer VIN 7024
2021 Kauffman Trailer VIN 0656
2022 Kauffman Trailer VIN 0657
2022 Kauffman Trailer VIN 3039
2022 Kauffman Trailer VIN 3036
2023 Kauffman Trailer VIN 3134

**Fill in this information to identify the case:**

Debtor name   **Robbins Service Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-40082**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **Ally Financial**<br>Creditor's Name<br><br>**PO Box 380901**<br>**Bloomington, MN 55438**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Equipment Debt** | **$203,809.92** | **Unknown** |

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2**  **General Motors Financial Company, Inc.**<br>Creditor's Name<br><br>**PO Box 183593**<br>**Arlington, TX 76096-3834**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Equipment Debt** | $167,715.20 | Unknown |

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Robbins Service Group, LLC**    Case number (if known)    **23-40082**
_____Name_____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Global Merchant Cash** | **Describe debtor's property that is subject to a lien** | $66,000.00 | Unknown |

Creditor's Name

**64 Beaver St., Suite 415
New York, NY 10004**

**Merchant Cash Advance loan**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

**Last 4 digits of account number**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | **Green Grass Capital** | **Describe debtor's property that is subject to a lien** | $0.00 | Unknown |

Creditor's Name

**1 Whitehall St., Suite 200
New York, NY 10004**

**Merchant Cash Advance loan**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

**Last 4 digits of account number**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 | **Isuzu Finance of America, Inc.** | **Describe debtor's property that is subject to a lien** | $82,789.90 | Unknown |

Creditor's Name

**2500 Westchester Ave.,
Suite 312
Purchase, NY 10577**

**Equipment Debt**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

---

Debtor **Robbins Service Group, LLC**
Name

Case number (if known) **23-40082**

---

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Mitsubishi HC Capital America** | Describe debtor's property that is subject to a lien | $340,860.32 | Unknown |

Creditor's Name

**Equipment Debt**

**800 Connecticut Ave. 4th Floor North Norwalk, CT 06854-1631**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Navitas Credit Corp.** | Describe debtor's property that is subject to a lien | $194,638.21 | $0.00 |

Creditor's Name

**Equipment**

**201 Executive Center Dr., Suite 100 Columbia, SC 29210**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| Debtor | **Robbins Service Group, LLC** | Case number (if known) | **23-40082** |
|---|---|---|---|
| | Name | | |

| 2.8 | **Toyota Industries Commercial Finance Inc** | Describe debtor's property that is subject to a lien | $39,420.41 | Unknown |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Sprayer**

**PO Box 9050**
**Dallas, TX 75019-9050**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **United Community Bank** | Describe debtor's property that is subject to a lien | $532,257.53 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**SBA loan**

**160 Mine Lake Ct., Ste. 200**
**Raleigh, NC 27615**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,627,491.49 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name     **Robbins Service Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-40082**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Bradley Lewis**
**8802 Cameron Spring Road**
**Charlotte, NC 28214**

As of the petition filing date, the claim is: **$1,550.96**   **$1,550.96**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401K**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** Priority creditor's name and mailing address

**Brian O'Day**
**4745 Hot Rod Road**
**Catawba, NC 28609**

As of the petition filing date, the claim is: **$1,038.46**   **$1,038.46**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Robbins Service Group, LLC** | Case number (if known) | **23-40082** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,934.87** | **$1,934.87** |
|---|---|---|---|---|

**Brian O'Day**
**4745 Hot Rod Road**
**Catawba, NC 28609**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401K**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$912.35** | **$912.35** |
|---|---|---|---|---|

**Cameron Moore**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401K**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$769.22** | **$769.22** |
|---|---|---|---|---|

**Daniel B. Taylor**
**824 Valleydale Road**
**Charlotte, NC 28214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,538.46** | **$1,538.46** |
|---|---|---|---|---|

**Joseph Ellis**
**1915 Lynmore Drive**
**Sherrills Ford, NC 28673**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Robbins Service Group, LLC** | Case number (if known) | **23-40082** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,719.28 | $1,719.28 |
|---|---|---|---|---|

**Joseph Ellis**
**1915 Lynmore Drive**
**Sherrills Ford, NC 28673**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401K**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,105.41 | $1,105.41 |
|---|---|---|---|---|

**Leandro Bonilla-Torres**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401K**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $987.37 | $987.37 |
|---|---|---|---|---|

**Luis Brenes**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401K**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $801.37 | $801.37 |
|---|---|---|---|---|

**Marlan Perry**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401K**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Robbins Service Group, LLC** | Case number (if known) | **23-40082** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,440.00 | $11,440.00 |
|---|---|---|---|---|
| | **Michael Robbins** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,120.00 | $14,120.00 |
|---|---|---|---|---|
| | **Roberta I. Robbins**<br>**11324 Lauren Ln.**<br>**Davidson, NC 28033** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**401K** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|
| | **Roberta I. Robbins**<br>**11324 Lauren Ln.**<br>**Davidson, NC 28033** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,603.43 | $1,603.43 |
|---|---|---|---|---|
| | **Triston McEwen** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**401K** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Robbins Service Group, LLC** | | Case number *(if known)* | **23-40082** |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,234.24 | $2,234.24 |
|---|---|---|---|---|

**Victoria Bolick**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,600.00 | $5,600.00 |
|---|---|---|---|---|

**Victoria Bolick**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401K**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

- ■ No
- ☐ Yes

---

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $0.00 |

**3D Worldwide, LLC**
**The Deaton Law Firm, PLLC**
**3638 N. Hwy 16**
**Denver, NC 28037**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | $859.00 |
|---|---|---|

**A Sani-Can**
**8151 Webbs Rd.**
**Denver, NC 28037**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | $0.00 |
|---|---|---|

**ADT Headquarters**
**1501 Yamato Rd.**
**Boca Raton, FL 33431**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Robbins Service Group, LLC** | Case number (if known) | **23-40082** |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,507.14**

**American Express**
**PO Box 6031**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Argos**
**455 South Johnston St.**
**Dallas, GA 30132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods/Materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,214.80**

**Artisan Signs**
**18335 Old Statesville Road "L"**
**Cornelius, NC 28031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods/Materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aspire, LLC**
**390 S Woodsmill Rd**
**Chesterfield, MO 63017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Software**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,236.82**

**Capital One**
**PO Box 71087**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,706.40**

**Carolina Foundation Solutions & Supply**
**10810 Southern Loop Blvd, Suite 17**
**Pineville, NC 28134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,540.74**

**Chase**
**PO Box 1423**
**Charlotte, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Robbins Service Group, LLC** | Case number (if known) | **23-40082** |
|---|---|---|---|

Name

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,847.33** |
|---|---|---|---|

**Cintas**
**PO Box 631025**
**Cincinnati, OH 45632**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Supplies**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Clark Caniff**
**145 S. Livernois, Suite 240**
**Rochester Hills, MI 48307**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Recruiting fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,467.37** |
|---|---|---|---|

**Coast**
**PO Box 483**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Fleet, equipment fuel**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$653.42** |
|---|---|---|---|

**Cooke Rentals**
**5743 Highway 150 East**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Rental Equipment**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,750.00** |
|---|---|---|---|

**Davenport Law**
**5900 South Lake Forest Dr., Suite 300**
**Mckinney, TX 75070**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Professional fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$396.14** |
|---|---|---|---|

**DeLage Landen Financial**
**1111 Old Eagle School Road**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Equipment Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.10** |
|---|---|---|---|

**Denver Tire & Automotive**
**3309 N. Hwy 16**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Robbins Service Group, LLC** | Case number (if known) | **23-40082** |
| --- | --- | --- | --- |
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$873.89** |
| --- | --- | --- | --- |

**Duke Energy Headquarters**
**526 S. Church St.**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69,360.00** |
| --- | --- | --- | --- |

**EBF Holdings, LLC**
**dba Everest Business Funding**
**102 West 38th Street, 6th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Merchant Cash Advance loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,309.98** |
| --- | --- | --- | --- |

**Erie Insurance**
**100 Erie Insurance Place**
**Erie, PA 16530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,150.00** |
| --- | --- | --- | --- |

**First Citizens Bank & Trust Company**
**4300 Six Forks Road**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Line of Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Great Lakes Petroleum**
**5001 Wilkinson Blvd**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Fuel supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63,966.89** |
| --- | --- | --- | --- |

**Green Resources**
**PO Box 429**
**Colfax, NC 27235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,347.72** |
| --- | --- | --- | --- |

**Greenberg, Grant & Richards, Inc.**
**5858 Westheimer Rd., Suite 500**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Third-Party Collections Debt**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Robbins Service Group, LLC**
Name

Case number (if known)   **23-40082**

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00**
---|---|---|---

**Ground Technological Services**
**2067 Hwy 16 N Business**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Engineering services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00**

**Headrick Outdoor Media**
**1 Freedom Square**
**Laurel, MS 39440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Billboard ads**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**1111 Pennsylvania Avenue NW**
**Washington, DC 20004-2541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,646.75**

**Interstate Supplies & Service**
**511 Union West Blvd**
**Stallings, NC 28104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment & equipment  repair**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,500.00**

**Kalamata Capital Group, LLC**
**Berkovitch & Bouskila, PLLC**
**1545 Route 202, Ste. 101**
**Pomona, NY 10970**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchant Cash Advance loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Lincoln County**
**c/o Megan Gilbert, County Attorney**
**353 N. Generals Blvd.**
**Lincolnton, NC 28092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Robbins Service Group, LLC** | | Case number (if known) | **23-40082** |
|---|---|---|---|---|

Name

---

**3.32**

**Nonpriority creditor's name and mailing address**
Lyon Financial
118 Morlake Dr., Suite 202
Mooresville, NC 28117

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.33**

**Nonpriority creditor's name and mailing address**
Magic Maid
P.O. Box 1982
Denver, NC 28037

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,450.00**

---

**3.34**

**Nonpriority creditor's name and mailing address**
Markham Landscape Products
P O Box 481029
Charlotte, NC 28269

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,468.84**

---

**3.35**

**Nonpriority creditor's name and mailing address**
Martin Marietta
PO Box 30013
Raleigh, NC 27622

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stone supplier**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,048.64**

---

**3.36**

**Nonpriority creditor's name and mailing address**
Moz Stone
3101 Yorkmont Rd., Suite 1600
Charlotte, NC 28208

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.49**

---

**3.37**

**Nonpriority creditor's name and mailing address**
NC Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Onlynly**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.38**

**Nonpriority creditor's name and mailing address**
NewCo Capital Group VI LLC
The Law Offices of Jason Gang, PLLC
1245 Hewlett Plaza #478
Hewlett, NY 11557

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$35,105.33**

---

| Debtor | **Robbins Service Group, LLC** | Case number (if known) | **23-40082** |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Partners Insurance Agency, Inc.**
**17505 W. Catawba Ave., Ste. 250**
**Cornelius, NC 28031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,507.40 |
|---|---|---|---|

**Patten Seed Company/Super Sod**
**PO Box 217**
**Lakeland, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,870.95 |
|---|---|---|---|

**Perennial Groves**
**1400 N. Highway 16**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PNC Equipment Finance, LLC**
**655 Business Center Drive, Suite 250**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18.63 |
|---|---|---|---|

**Printing Pros**
**1252 NC 16 Business**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $856.93 |
|---|---|---|---|

**Promo Threads**
**19824-C W Catawba Avenue**
**Cornelius, NC 28031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Quickbooks Payroll**
**Intuit Corporate Headquarters**
**2632 Marine Way**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Payroll taxes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Robbins Service Group, LLC** | | Case number (if known) | **23-40082** |
|---|---|---|---|---|

Name

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$874.85** |
|---|---|---|---|

**Race City Steel**
**4052 N NC Highway 16**
**Denver, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Materials__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,310.00** |
|---|---|---|---|

**Robbins Media Group**
**8226 Village Harbor Drive**
**Cornelius, NC 28031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111.19** |
|---|---|---|---|

**RS Braswel**
**485 S. Cannon Blvd**
**Kannapolis, NC 28083**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Equipment & equipment  repair__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rush Truck Centers of Georgia, Inc.**
**2120 Atlanta Rd SE**
**Smyrna, GA 30080-1518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Equipment__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Securities & Exchange Commission**
**Office of Reorganization**
**Suite 900**
**950 East Paces Ferry Road, N.E.**
**Atlanta, GA 30326-1382**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Purposes Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Securities and Exchange Commission**
**100 F Street, NE**
**Washington, DC 20549**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Purposes Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,637.21** |
|---|---|---|---|

**Shell Small Business (WEX Bank)**
**PO Box 6293**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Fleet, equipment fuel__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Robbins Service Group, LLC** | Case number (if known) | **23-40082** |
|---|---|---|---|
| | Name | | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $82,230.50 |
|---|---|---|---|

**Site One**
**300 Colonial Center Parkway, Suite 600**
**Roswell, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Materials, tools**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,450.00 |
|---|---|---|---|

**Southern Landscape Design**
**3821 Davis Dr**
**Charlotte, NC 28270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Landscape design services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Spectrum Business Headquarters**
**400 Atlantic Street**
**Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stevens-Weir Southern**
**1523 S Anderson Rd**
**Rock Hill, SC 29730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Concrete vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Summit Vendor Finance**
**4680 Parkway Drive, Suite 300**
**Mason, OH 45040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Equipment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,324.74 |
|---|---|---|---|

**T3 Computer Services**
**645 Kannapolis Pkwy**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **IT Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,966.31 |
|---|---|---|---|

**The Sagamore Companies**
**2001 Barlow Road**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Robbins Service Group, LLC** | | Case number (if known) | **23-40082** |
|---|---|---|---|---|

Name

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,705.77** |
|---|---|---|---|

**UCB Visa (Elan Financial Services)**
**PO Box 790408**
**St Louis, MO 63178**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Credit card__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**US Attorney's Office**
**1700 Carillon**
**227 West Trade Street**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Notice Purposes Only__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Verizon Wireless Headquarters**
**1095 Avenue of the Americas**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Notice Purposes Only__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,024.05** |
|---|---|---|---|

**Vermeer All Roads**
**925 Merritt Blvd**
**Baltimore, MD 21222**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Equipment Repair__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$671.75** |
|---|---|---|---|

**Western Equipment Finance**
**PO Box 640**
**Devils Lake, ND 58301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Equipment__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$231,360.00** |
|---|---|---|---|

**White Road Capital, LLC**
**dba Global Funding Experts Holdings**
**27-01 Queens Plaza North, Suite 802**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Merchant Cash Advance loan__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

Debtor  **Robbins Service Group, LLC**
Name

Case number (if known)   **23-40082**



| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **48,355.42** |
| **5b. Total claims from Part 2** | 5b.  + | $ **1,031,933.07** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **1,080,288.49** |

| Fill in this information to identify the case: |
|---|

Debtor name   **Robbins Service Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-40082**

■ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest   **Equipment Leases** | |
|   State the term remaining   List the contract number of any government contract | **\*\*See Attached Schedule G, No. 2.1 - REVISED\*\*** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest   **Building Rent** | |
|   State the term remaining   **28 months**   List the contract number of any government contract | **3D Worldwide 4052 Hwy 16 Denver, NC 28037** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | |
|   State the term remaining   List the contract number of any government contract | **Approximately 131 Landscaping Maintenance Agreements with Customers** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | |
|   State the term remaining   List the contract number of any government contract | **Approximately 17 Landscaping Installation Agreements with Customers** |

| Debtor 1 | **Robbins Service Group, LLC** | | | Case number (*if known*) | **23-40082** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Blu Robbin Group**<br>**8226 Village Harbor**<br>**Cornelius, NC 28031** |

**Schedule G, No. 2.1 - REVISED**

| **Leased Property** | **Lessor** |
| --- | --- |
| (2) Exmark Staris S-Series 52" Mower | Western Equipment Finance<br>PO Box 640<br>Devils Lake, ND 58301 |
| (1) Exmark Lazer Z X-Series 60" KAW Mower | Western Equipment Finance<br>PO Box 640<br>Devils Lake, ND 58301 |
| (1) Exmark Lazer Z X-Series 60" KAW Mower | Western Equipment Finance<br>PO Box 640<br>Devils Lake, ND 58301 |
| (1) Exmark Staris S-Series 36" Mower | Western Equipment Finance<br>PO Box 640<br>Devils Lake, ND 58301 |
| Bobcat T76 Compact Tract Serial # B4CE15278 | PNC Equipment Finance, LLC<br>655 Business Center Drive<br>Suite 250<br>Horsham, PA 19044 |
| Bobcat E42 Compact Tract Serial # B4GM14974 | PNC Equipment Finance, LLC<br>655 Business Center Drive<br>Suite 250<br>Horsham, PA 19044 |
| Bobcat T76 Compact Tract Serial # B4CE18243 | PNC Equipment Finance, LLC<br>655 Business Center Drive<br>Suite 250<br>Horsham, PA 19044 |

**Fill in this information to identify the case:**

Debtor name        **Robbins Service Group, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **23-40082**

■ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ■ Operating a business <br> ☐ Other | **$1,577,148.81** |
| **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business <br> ☐ Other | **$3,401,955.00** |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business <br> ☐ Other | **$3,325,201.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

| Debtor | Robbins Service Group, LLC | | Case number *(if known)* | **23-40082** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Attached SOFA, No. 3.1 - REVISED** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attached SOFA 4 - REVISED** | | $0.00 | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **NewCo Capital Group VI LLC v. Robbins Media Group, LLC et al** | **Breach of Contract** | **Supreme Court of New York Monroe County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Kalmata Capital Group, LLC v. Robbins Service Group, LLC et al** | **Breach of Contract** | **Supreme Court of New York Washington County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Robbins Service Group, LLC** | Case number *(if known)* **23-40082** |
|---|---|---|

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **East Lincoln Christian Ministry** **P.O. Box 421** **Denver, NC 28037** | **Charity Golf Tournament** | **1/1/2021** | **$1,070.00** |
| | Recipients relationship to debtor | | | |

## Part 5:  Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Job materials, company-owned materials taken/withheld for personal use** | | **2022/2023** | **Unknown** |

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rayburn Cooper & Durham, PA** **227 West Trade Street, Ste. 1200** **Charlotte, NC 28202** | | **March through May 2023** | **$22,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Case 23-40082    Doc 74    Filed 07/12/23    Entered 07/12/23 15:41:47    Desc Main
Document    Page 39 of 68

| Debtor | **Robbins Service Group, LLC** | Case number *(if known)* **23-40082** |
|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Davenport Law** **5900 South Lake Forest Dr.** **McKinney, TX 75070** | | **February 2023** | **$6,250.00** |
| | Email or website address **www.davenportlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **4424 N NC-16 Business Hwy** **Denver, NC 28037** | **7/2020 - 11/2022** |
| 14.2. | **4458 N NC-16 Business Hwy** **Denver, NC 28037** | **1/2022 - 11/2022** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Debtor | **Robbins Service Group, LLC** | Case number *(if known)* **23-40082** |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

    **Name, Physical Address, Mailing Address, E-mail Address, Checking
    Account Numbers, Credit Card Numbers, Gate Codes**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **United Community Bank 160 Mine Lake Ct., Ste. 200 Raleigh, NC 27615** | **Michael A. Robbins** | **Personal Documents** | ☐ No ■ Yes |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | **Robbins Service Group, LLC** | Case number *(if known)* **23-40082** |
|---|---|---|

not list leased or rented property.

■ None

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **REH CPA**<br>**223 Williamson Road, Suite 104**<br>**Mooresville, NC 28117** | **2021 - Present** |

| Debtor | **Robbins Service Group, LLC** | Case number *(if known)* | **23-40082** |
|---|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **REH CPA** <br> **223 Williamson Road, Suite 104** <br> **Mooresville, NC 28117** | **2021 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **REH CPA** <br> **223 Williamson Road, Suite 104** <br> **Mooresville, NC 28117** | **2021 - Present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Bill Botkin & Roberta Robbins** | **6/2/2023** | **Unknown** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **United Community Bank** <br> **160 Mine Lake Ct., Ste. 200** <br> **Raleigh, NC 27615** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael A. Robbins** | **11324 Lauren Ln.** <br> **Davidson, NC 28033** | **Managing Member** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Roberta I. Robbins** | **11324 Lauren Ln.** <br> **Davidson, NC 28033** | **Member** | **50%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor    **Robbins Service Group, LLC**                                    Case number *(if known)* **23-40082**

---

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Michael A. Robbins**<br>**11324 Lauren Ln.**<br>**Davidson, NC 28033** | **$454,939.37** | **5/15/2022 -**<br>**5/14/2023** | **Draws/Reimbursement** |
| | Relationship to debtor<br>**Member/President/CEO** | | | |
| 30.2. | **Michael A. Robbins**<br>**11324 Lauren Ln.**<br>**Davidson, NC 28033** | **$103,240.00** | **5/15/2022 -**<br>**5/14/2023** | **Salary** |
| | Relationship to debtor<br>**Member/President/CEO** | | | |
| 30.3. | **Roberta I. Robbins**<br>**11324 Lauren Ln.**<br>**Davidson, NC 28033** | **$40,000.00** | **5/15/2022 -**<br>**5/14/2023** | **Salary** |
| | Relationship to debtor<br>**Member** | | | |
| 30.4. | **Ashley Smith**<br>**5300 Ennisworth Lane**<br>**Charlotte, NC 28214** | **$40,800.00** | **5/15/2022 -**<br>**5/14/2023** | **Salary** |
| | Relationship to debtor<br>**Relative of Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**    Signature and Declaration

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor    **Robbins Service Group, LLC**                                    Case number *(if known)*  **23-40082**

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 12, 2023**

**/s/ Michael A. Robbins**                              **Michael A. Robbins**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President/CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**SOFA, No. 3.1 - REVISED**

| Vendor | Payments | Secured Debt | Unsecured Loan Repayment | Supplier/Vendor | Services |
|---|---|---|---|---|---|
| **3D Worldwide** | **$ 50,000.00** | | | X | |
| 03/01/23 | $ 12,000.00 | | | | |
| 04/01/23 | $ 12,000.00 | | | | |
| 04/14/23 | $ 14,000.00 | | | | |
| 05/04/23 | $ 12,000.00 | | | | |
| **Argos** | **$ 10,901.03** | | | X | |
| 03/15/23 | $ 3,777.10 | | | | |
| 03/15/23 | $ 1,884.14 | | | | |
| 04/18/23 | $ 5,239.79 | | | | |
| **Blue Cross Blue Shield of NC** | **$ 23,897.49** | | | X | |
| 03/01/23 | $ 750.86 | | | | |
| 03/03/23 | $ 9,042.15 | | | | |
| 03/09/23 | $ 3,717.06 | | | | |
| 04/01/23 | $ 688.09 | | | | |
| 04/01/23 | $ 9,042.15 | | | | |
| 05/01/23 | $ 657.18 | | | | |
| **BMW Financial** | **$ 7,973.42** | | x | | |
| 02/17/23 | $ 584.16 | | | | |
| 02/24/23 | $ 1,994.93 | | | | |
| 02/27/23 | $ 1,699.70 | | | | |
| 03/06/23 | $ 1,699.70 | | | | |
| 03/15/23 | $ 1,994.93 | | | | |
| **Erie Insurance** | **$ 35,417.23** | | | X | |
| 03/05/23 | $ 13,380.19 | | | | |
| 03/17/23 | $ 10,823.78 | | | | |
| 03/17/23 | $ 1,862.01 | | | | |
| 03/07/23 | $ 9,351.25 | | | | |
| | | | | | |
| **Everest Business Funding** | **$ 6,936.00** | | x | | |
| 02/21/23 | $ 4,080.00 | | | | |
| 04/04/23 | $ 1,428.00 | | | | |
| 04/11/23 | $ 1,428.00 | | | | |
| **Global Funding Experts** | **$ 23,340.00** | | x | | |
| 02/15/23 | $ 2,559.00 | | | | |
| 02/16/23 | $ 2,559.00 | | | | |
| 02/17/23 | $ 2,559.00 | | | | |
| 02/21/23 | $ 2,559.00 | | | | |

**SOFA, No. 3.1 - REVISED**

| | | | | | |
|---|---|---|---|---|---|
| 02/21/23 | $ | 2,559.00 | | | |
| 02/28/23 | $ | 500.00 | | | |
| 03/03/23 | $ | 500.00 | | | |
| 03/28/23 | $ | 500.00 | | | |
| 03/29/23 | $ | 500.00 | | | |
| 03/30/23 | $ | 500.00 | | | |
| 03/31/23 | $ | 500.00 | | | |
| 04/03/23 | $ | 500.00 | | | |
| 04/04/23 | $ | 500.00 | | | |
| 04/06/23 | $ | 500.00 | | | |
| 04/07/23 | $ | 500.00 | | | |
| 04/10/23 | $ | 500.00 | | | |
| 04/10/23 | $ | 500.00 | | | |
| 04/11/23 | $ | 500.00 | | | |
| 04/14/23 | $ | 500.00 | | | |
| 04/20/23 | $ | 500.00 | | | |
| 04/21/23 | $ | 500.00 | | | |
| 04/24/23 | $ | 500.00 | | | |
| 04/25/23 | $ | 500.00 | | | |
| 05/03/23 | $ | 1,545.00 | | | |
| **GM Financial** | **$** | **9,982.74** | x | | |
| 02/23/23 | $ | 1,163.32 | | | |
| 02/28/23 | $ | 683.95 | | | |
| 02/28/23 | $ | 947.95 | | | |
| 03/01/23 | $ | 1,275.15 | | | |
| 03/07/23 | $ | 339.34 | | | |
| 03/23/23 | $ | 1,163.32 | | | |
| 03/28/23 | $ | 1,275.15 | | | |
| 03/28/23 | $ | 947.95 | | | |
| 03/28/23 | $ | 683.95 | | | |
| 04/07/23 | $ | 339.34 | | | |
| 04/23/23 | $ | 1,163.32 | | | |
| **Green Grass One** | **$** | **18,178.00** | | x | |
| 02/16/23 | $ | 1,242.00 | | | |
| 02/16/23 | $ | 1,242.00 | | | |
| 02/17/23 | $ | 1,242.00 | | | |
| 02/21/23 | $ | 1,242.00 | | | |
| 02/22/23 | $ | 1,242.00 | | | |
| 02/23/23 | $ | 1,242.00 | | | |
| 02/24/23 | $ | 1,242.00 | | | |
| 02/28/23 | $ | 1,242.00 | | | |
| 03/02/23 | $ | 1,242.00 | | | |

**SOFA, No. 3.1 - REVISED**

| | | | | | |
|---|---|---|---|---|---|
| 03/07/23 | $ 500.00 | | | | |
| 03/24/23 | $ 6,500.00 | | | | |
| **Mitsubishi** | **$ 11,335.58** | x | | | |
| 02/23/23 | $ 741.23 | | | | |
| 03/01/23 | $ 488.81 | | | | |
| 03/01/23 | $ 488.81 | | | | |
| 03/01/23 | $ 1,235.00 | | | | |
| 03/07/23 | $ 1,088.35 | | | | |
| 03/07/23 | $ 1,005.77 | | | | |
| 03/13/23 | $ 758.21 | | | | |
| 03/20/23 | $ 1,222.66 | | | | |
| 04/01/23 | $ 488.81 | | | | |
| 04/01/23 | $ 488.81 | | | | |
| 04/01/23 | $ 1,235.00 | | | | |
| 04/05/23 | $ 1,005.77 | | | | |
| 04/07/23 | $ 1,088.35 | | | | |
| **Navitas Credit Corp** | **$ 34,751.35** | x | | | |
| 02/16/23 | $ 20.23 | | | | |
| 02/25/23 | $ 1,017.83 | | | | |
| 02/25/23 | $ 15,793.80 | | | | |
| 02/25/23 | $ 1,091.31 | | | | |
| 03/01/23 | $ 1,269.07 | | | | |
| 03/02/23 | $ 733.16 | | | | |
| 03/06/23 | $ 125.00 | | | | |
| 03/10/23 | $ 20.23 | | | | |
| 03/10/23 | $ 797.23 | | | | |
| 03/16/23 | $ 20.23 | | | | |
| 03/25/23 | $ 1,091.31 | | | | |
| 03/25/23 | $ 1,017.83 | | | | |
| 03/25/23 | $ 1,573.80 | | | | |
| 04/01/23 | $ 1,269.07 | | | | |
| 04/03/23 | $ 779.69 | | | | |
| 04/10/23 | $ 797.23 | | | | |
| 04/11/23 | $ 1,089.13 | | | | |
| 04/17/23 | $ 150.64 | | | | |
| 04/25/23 | $ 1,091.31 | | | | |
| 04/25/23 | $ 1,017.83 | | | | |
| 04/25/23 | $ 1,573.80 | | | | |
| 05/02/23 | $ 733.16 | | | | |
| 05/08/23 | $ 1,269.07 | | | | |
| 05/08/23 | $ 409.39 | | | | |
| 05/10/23 | $ 797.23 | | | | |

**SOFA, No. 3.1 - REVISED**

| | | | | | |
|---|---|---|---|---|---|
| **PNC** | **$ 9,966.87** | x | | | |
| 02/16/23 | $ 879.27 | | | | |
| 03/15/23 | $ 879.27 | | | | |
| 04/15/23 | $ 879.27 | | | | |
| 03/01/23 | $ 1,201.96 | | | | |
| 04/01/23 | $ 1,201.96 | | | | |
| 05/01/23 | $ 1,201.96 | | | | |
| 03/02/23 | $ 1,241.06 | | | | |
| 04/01/23 | $ 1,241.06 | | | | |
| 05/01/23 | $ 1,241.06 | | | | |
| **QuickBooks Payments** | **$ 6,979.78** | | | x | |
| 02/15/23 | $ 6.45 | | | | |
| 02/16/23 | $ 46.22 | | | | |
| 02/17/23 | $ 29.79 | | | | |
| 02/19/23 | $ 10.00 | | | | |
| 02/20/23 | $ 16.06 | | | | |
| 02/21/23 | $ 68.72 | | | | |
| 02/22/23 | $ 116.93 | | | | |
| 02/23/23 | $ 131.04 | | | | |
| 02/24/23 | $ 45.16 | | | | |
| 02/26/23 | $ 1.70 | | | | |
| 02/26/23 | $ 145.01 | | | | |
| 02/27/23 | $ 9.12 | | | | |
| 02/28/23 | $ 302.26 | | | | |
| 03/01/23 | $ 1,576.62 | | | | |
| 03/02/23 | $ 182.22 | | | | |
| 03/03/23 | $ 23.52 | | | | |
| 03/06/23 | $ 223.82 | | | | |
| 03/07/23 | $ 84.99 | | | | |
| 03/08/23 | $ 46.18 | | | | |
| 03/09/23 | $ 40.58 | | | | |
| 03/10/23 | $ 225.55 | | | | |
| 03/12/23 | $ 11.71 | | | | |
| 03/13/23 | $ 100.48 | | | | |
| 03/14/23 | $ 8.42 | | | | |
| 03/15/23 | $ 45.20 | | | | |
| 03/16/23 | $ 48.53 | | | | |
| 03/17/23 | $ 143.15 | | | | |
| 03/19/23 | $ 13.40 | | | | |
| 03/19/23 | $ 14.75 | | | | |
| 03/20/23 | $ 28.25 | | | | |
| 03/21/23 | $ 6.45 | | | | |

**SOFA, No. 3.1 - REVISED**

| | | | | | |
|---|---|---|---|---|---|
| 03/22/23 | $ | 154.79 | | | |
| 03/23/23 | $ | 214.33 | | | |
| 03/24/23 | $ | 224.28 | | | |
| 03/26/23 | $ | 1.70 | | | |
| 03/27/23 | $ | 53.55 | | | |
| 03/28/23 | $ | 240.33 | | | |
| 03/29/23 | $ | 147.21 | | | |
| 03/30/23 | $ | 18.95 | | | |
| 03/31/23 | $ | 1,440.48 | | | |
| 04/02/23 | $ | 10.00 | | | |
| 04/03/23 | $ | 40.31 | | | |
| 04/04/23 | $ | 3.40 | | | |
| 04/05/23 | $ | 136.91 | | | |
| 04/07/23 | $ | 265.72 | | | |
| 04/11/23 | $ | 45.71 | | | |
| 04/13/23 | $ | 103.99 | | | |
| 04/14/23 | $ | 69.85 | | | |
| 04/19/23 | $ | 1.70 | | | |
| 04/27/23 | $ | 49.88 | | | |
| 05/10/23 | $ | 4.41 | | | |
| **Rayburn Cooper & Durham, PA** | **$** | **22,500.00** | | | x |
| 03/31/23 | $ | 7,500.00 | | | |
| 04/21/23 | $ | 7,500.00 | | | |
| 05/12/23 | $ | 7,500.00 | | | |
| **Shell** | **$** | **31,530.69** | | x | |
| 02/15/2023 | $ | 100.01 | | | |
| 02/15/2023 | $ | 145.00 | | | |
| 02/15/2023 | $ | 80.00 | | | |
| 02/15/2023 | $ | 80.89 | | | |
| 02/15/2023 | $ | 16.37 | | | |
| 02/15/2023 | $ | 80.00 | | | |
| 02/15/2023 | $ | 138.49 | | | |
| 02/16/2023 | $ | 70.41 | | | |
| 02/16/2023 | $ | 69.86 | | | |
| 02/16/2023 | $ | 40.32 | | | |
| 02/16/2023 | $ | 75.00 | | | |
| 02/16/2023 | $ | 180.00 | | | |
| 02/16/2023 | $ | 42.10 | | | |
| 02/17/2023 | $ | 42.13 | | | |
| 02/17/2023 | $ | 56.03 | | | |
| 02/20/2023 | $ | 100.00 | | | |

**SOFA, No. 3.1 - REVISED**

| | | | | | |
|---|---|---|---|---|---|
| 02/20/2023 | $ | 80.00 | | | |
| 02/20/2023 | $ | 40.03 | | | |
| 02/20/2023 | $ | 74.46 | | | |
| 02/20/2023 | $ | 100.00 | | | |
| 02/21/2023 | $ | 53.32 | | | |
| 02/21/2023 | $ | 193.18 | | | |
| 02/21/2023 | $ | 9.92 | | | |
| 02/21/2023 | $ | 40.00 | | | |
| 02/21/2023 | $ | 17.28 | | | |
| 02/21/2023 | $ | 42.02 | | | |
| 02/21/2023 | $ | 100.00 | | | |
| 02/22/2023 | $ | 132.29 | | | |
| 02/22/2023 | $ | 86.00 | | | |
| 02/22/2023 | $ | 200.00 | | | |
| 02/22/2023 | $ | 58.96 | | | |
| 02/22/2023 | $ | 25.02 | | | |
| 02/22/2023 | $ | 10.78 | | | |
| 02/22/2023 | $ | 25.01 | | | |
| 02/22/2023 | $ | 200.00 | | | |
| 02/22/2023 | $ | 160.00 | | | |
| 02/22/2023 | $ | 119.86 | | | |
| 02/23/2023 | $ | 173.00 | | | |
| 02/23/2023 | $ | 125.00 | | | |
| 02/23/2023 | $ | 100.00 | | | |
| 02/23/2023 | $ | 75.00 | | | |
| 02/23/2023 | $ | 117.73 | | | |
| 02/23/2023 | $ | 130.51 | | | |
| 02/24/2023 | $ | 140.00 | | | |
| 02/24/2023 | $ | 95.18 | | | |
| 02/24/2023 | $ | 10.90 | | | |
| 02/25/2023 | $ | 66.90 | | | |
| 02/27/2023 | $ | 125.55 | | | |
| 02/27/2023 | $ | 100.00 | | | |
| 02/27/2023 | $ | 80.00 | | | |
| 02/27/2023 | $ | 40.72 | | | |
| 02/28/2023 | $ | 8.58 | | | |
| 02/28/2023 | $ | 13.86 | | | |
| 02/28/2023 | $ | 100.00 | | | |
| 02/28/2023 | $ | 73.50 | | | |
| 02/28/2023 | $ | 45.00 | | | |
| 02/28/2023 | $ | 63.76 | | | |
| 02/28/2023 | $ | 81.09 | | | |

**SOFA, No. 3.1 - REVISED**

| | | | | | |
|---|---|---|---|---|---|
| 02/28/2023 | $ | 16.12 | | | |
| 02/28/2023 | $ | 140.00 | | | |
| 02/28/2023 | $ | 71.15 | | | |
| 03/01/2023 | $ | 28.11 | | | |
| 03/01/2023 | $ | 150.00 | | | |
| 03/01/2023 | $ | 100.00 | | | |
| 03/01/2023 | $ | 132.86 | | | |
| 03/01/2023 | $ | 117.58 | | | |
| 03/02/2023 | $ | 88.00 | | | |
| 03/02/2023 | $ | 74.08 | | | |
| 03/03/2023 | $ | 38.00 | | | |
| 03/03/2023 | $ | 45.15 | | | |
| 03/06/2023 | $ | 50.00 | | | |
| 03/06/2023 | $ | 80.00 | | | |
| 03/06/2023 | $ | 100.95 | | | |
| 03/06/2023 | $ | 107.04 | | | |
| 03/06/2023 | $ | 107.60 | | | |
| 03/06/2023 | $ | 47.26 | | | |
| 03/06/2023 | $ | 29.52 | | | |
| 03/06/2023 | $ | 90.01 | | | |
| 03/06/2023 | $ | 41.84 | | | |
| 03/06/2023 | $ | 72.16 | | | |
| 03/07/2023 | $ | 50.00 | | | |
| 03/07/2023 | $ | 11.70 | | | |
| 03/07/2023 | $ | 49.68 | | | |
| 03/07/2023 | $ | 180.00 | | | |
| 03/07/2023 | $ | 100.00 | | | |
| 03/07/2023 | $ | 161.48 | | | |
| 03/07/2023 | $ | 112.39 | | | |
| 03/07/2023 | $ | 144.89 | | | |
| 03/07/2023 | $ | 80.00 | | | |
| 03/07/2023 | $ | 54.39 | | | |
| 03/08/2023 | $ | 56.22 | | | |
| 03/08/2023 | $ | 97.36 | | | |
| 03/08/2023 | $ | 36.45 | | | |
| 03/08/2023 | $ | 116.14 | | | |
| 03/08/2023 | $ | 122.11 | | | |
| 03/08/2023 | $ | 45.59 | | | |
| 03/08/2023 | $ | 71.20 | | | |
| 03/09/2023 | $ | 142.03 | | | |
| 03/09/2023 | $ | 38.98 | | | |
| 03/09/2023 | $ | 100.00 | | | |

**SOFA, No. 3.1 - REVISED**

| 03/09/2023 | $ | 69.92 | | | | |
|---|---|---|---|---|---|---|
| 03/09/2023 | $ | 5.00 | | | | |
| 03/09/2023 | $ | 85.88 | | | | |
| 03/10/2023 | $ | 50.20 | | | | |
| 03/10/2023 | $ | 89.48 | | | | |
| 03/13/2023 | $ | 60.00 | | | | |
| 03/13/2023 | $ | 19.22 | | | | |
| 03/13/2023 | $ | 100.00 | | | | |
| 03/13/2023 | $ | 66.95 | | | | |
| 03/13/2023 | $ | 118.48 | | | | |
| 03/14/2023 | $ | 74.68 | | | | |
| 03/14/2023 | $ | 35.41 | | | | |
| 03/14/2023 | $ | 107.96 | | | | |
| 03/14/2023 | $ | 75.00 | | | | |
| 03/14/2023 | $ | 122.85 | | | | |
| 03/14/2023 | $ | 135.85 | | | | |
| 03/14/2023 | $ | 93.82 | | | | |
| 03/14/2023 | $ | 3.75 | | | | |
| 03/14/2023 | $ | 71.72 | | | | |
| 03/14/2023 | $ | 65.41 | | | | |
| 03/15/2023 | $ | 140.00 | | | | |
| 03/15/2023 | $ | 42.62 | | | | |
| 03/15/2023 | $ | 62.00 | | | | |
| 03/15/2023 | $ | 65.60 | | | | |
| 03/15/2023 | $ | 180.00 | | | | |
| 03/15/2023 | $ | 50.00 | | | | |
| 03/15/2023 | $ | 148.74 | | | | |
| 03/15/2023 | $ | 90.00 | | | | |
| 03/16/2023 | $ | 21.25 | | | | |
| 03/16/2023 | $ | 10.40 | | | | |
| 03/16/2023 | $ | 59.05 | | | | |
| 03/16/2023 | $ | 16.12 | | | | |
| 03/16/2023 | $ | 86.13 | | | | |
| 03/17/2023 | $ | 22.31 | | | | |
| 03/20/2023 | $ | 54.80 | | | | |
| 03/20/2023 | $ | 188.55 | | | | |
| 03/20/2023 | $ | 93.00 | | | | |
| 03/20/2023 | $ | 100.00 | | | | |
| 03/20/2023 | $ | 50.00 | | | | |
| 03/20/2023 | $ | 100.00 | | | | |
| 03/20/2023 | $ | 15.00 | | | | |
| 03/20/2023 | $ | 100.00 | | | | |

**SOFA, No. 3.1 - REVISED**

| | | | | | |
|---|---|---|---|---|---|
| 03/21/2023 | $ | 164.07 | | | |
| 03/21/2023 | $ | 32.88 | | | |
| 03/21/2023 | $ | 150.00 | | | |
| 03/21/2023 | $ | 30.00 | | | |
| 03/21/2023 | $ | 60.00 | | | |
| 03/21/2023 | $ | 130.79 | | | |
| 03/21/2023 | $ | 66.26 | | | |
| 03/21/2023 | $ | 46.65 | | | |
| 03/21/2023 | $ | 100.00 | | | |
| 03/22/2023 | $ | 37.19 | | | |
| 03/22/2023 | $ | 85.00 | | | |
| 03/23/2023 | $ | 71.98 | | | |
| 03/23/2023 | $ | 41.00 | | | |
| 03/23/2023 | $ | 67.00 | | | |
| 03/23/2023 | $ | 80.46 | | | |
| 03/24/2023 | $ | 180.00 | | | |
| 03/24/2023 | $ | 180.00 | | | |
| 03/24/2023 | $ | 30.00 | | | |
| 03/24/2023 | $ | 45.47 | | | |
| 03/24/2023 | $ | 30.00 | | | |
| 03/24/2023 | $ | 45.47 | | | |
| 03/24/2023 | $ | 150.00 | | | |
| 03/24/2023 | $ | 120.00 | | | |
| 03/24/2023 | $ | 120.00 | | | |
| 03/24/2023 | $ | 36.80 | | | |
| 03/27/2023 | $ | 50.00 | | | |
| 03/27/2023 | $ | 75.00 | | | |
| 03/27/2023 | $ | 125.00 | | | |
| 03/27/2023 | $ | 85.36 | | | |
| 03/27/2023 | $ | 60.84 | | | |
| 03/27/2023 | $ | 61.55 | | | |
| 03/27/2023 | $ | 10.36 | | | |
| 03/28/2023 | $ | 80.00 | | | |
| 03/28/2023 | $ | 16.20 | | | |
| 03/28/2023 | $ | 61.55 | | | |
| 03/28/2023 | $ | 32.58 | | | |
| 03/28/2023 | $ | 50.00 | | | |
| 03/28/2023 | $ | 85.99 | | | |
| 03/28/2023 | $ | 50.00 | | | |
| 03/28/2023 | $ | 60.00 | | | |
| 03/28/2023 | $ | 16.20 | | | |
| 03/28/2023 | $ | 66.00 | | | |

**SOFA, No. 3.1 - REVISED**

| | | | | | |
|---|---|---|---|---|---|
| 03/29/2023 | $ | 62.51 | | | |
| 03/29/2023 | $ | 62.51 | | | |
| 03/29/2023 | $ | 36.78 | | | |
| 03/29/2023 | $ | 67.41 | | | |
| 03/29/2023 | $ | 165.00 | | | |
| 03/29/2023 | $ | 227.00 | | | |
| 03/29/2023 | $ | 227.00 | | | |
| 03/30/2023 | $ | 41.53 | | | |
| 03/30/2023 | $ | 8.66 | | | |
| 03/30/2023 | $ | 68.92 | | | |
| 03/30/2023 | $ | 88.30 | | | |
| 03/31/2023 | $ | 35.98 | | | |
| 03/31/2023 | $ | 100.08 | | | |
| 03/31/2023 | $ | 80.00 | | | |
| 03/31/2023 | $ | 53.56 | | | |
| 03/31/2023 | $ | 41.42 | | | |
| 03/31/2023 | $ | 80.00 | | | |
| 04/03/2023 | $ | 150.00 | | | |
| 04/03/2023 | $ | 73.63 | | | |
| 04/03/2023 | $ | 16.10 | | | |
| 04/03/2023 | $ | 200.00 | | | |
| 04/03/2023 | $ | 150.00 | | | |
| 04/03/2023 | $ | 66.80 | | | |
| 04/03/2023 | $ | 125.81 | | | |
| 04/03/2023 | $ | 108.16 | | | |
| 04/03/2023 | $ | 150.01 | | | |
| 04/03/2023 | $ | 35.00 | | | |
| 04/03/2023 | $ | 100.00 | | | |
| 04/04/2023 | $ | 37.26 | | | |
| 04/04/2023 | $ | 56.01 | | | |
| 04/04/2023 | $ | 45.67 | | | |
| 04/04/2023 | $ | 60.00 | | | |
| 04/04/2023 | $ | 7.49 | | | |
| 04/04/2023 | $ | 66.20 | | | |
| 04/05/2023 | $ | 165.00 | | | |
| 04/05/2023 | $ | 50.00 | | | |
| 04/05/2023 | $ | 103.89 | | | |
| 04/05/2023 | $ | 25.56 | | | |
| 04/05/2023 | $ | 85.00 | | | |
| 04/06/2023 | $ | 18.94 | | | |
| 04/06/2023 | $ | 150.00 | | | |
| 04/06/2023 | $ | 140.56 | | | |

**SOFA, No. 3.1 - REVISED**

| | | | | | |
|---|---|---|---|---|---|
| 04/06/2023 | $ | 75.00 | | | |
| 04/06/2023 | $ | 35.00 | | | |
| 04/06/2023 | $ | 69.27 | | | |
| 04/06/2023 | $ | 143.03 | | | |
| 04/06/2023 | $ | 15.00 | | | |
| 04/06/2023 | $ | 150.00 | | | |
| 04/06/2023 | $ | 31.85 | | | |
| 04/11/2023 | $ | 192.47 | | | |
| 04/11/2023 | $ | 88.59 | | | |
| 04/11/2023 | $ | 100.00 | | | |
| 04/11/2023 | $ | 32.62 | | | |
| 04/11/2023 | $ | 113.96 | | | |
| 04/11/2023 | $ | 100.00 | | | |
| 04/11/2023 | $ | 100.00 | | | |
| 04/11/2023 | $ | 160.00 | | | |
| 04/11/2023 | $ | 18.00 | | | |
| 04/11/2023 | $ | 144.51 | | | |
| 04/11/2023 | $ | 35.00 | | | |
| 04/11/2023 | $ | 79.80 | | | |
| 04/12/2023 | $ | 120.00 | | | |
| 04/12/2023 | $ | 44.02 | | | |
| 04/12/2023 | $ | 120.00 | | | |
| 04/12/2023 | $ | 50.00 | | | |
| 04/12/2023 | $ | 74.67 | | | |
| 04/12/2023 | $ | 120.00 | | | |
| 04/12/2023 | $ | 77.07 | | | |
| 04/13/2023 | $ | 33.89 | | | |
| 04/13/2023 | $ | 170.00 | | | |
| 04/13/2023 | $ | 100.00 | | | |
| 04/13/2023 | $ | 50.00 | | | |
| 04/13/2023 | $ | 71.32 | | | |
| 04/13/2023 | $ | 64.96 | | | |
| 04/13/2023 | $ | 150.00 | | | |
| 04/13/2023 | $ | 32.02 | | | |
| 04/14/2023 | $ | 57.11 | | | |
| 04/14/2023 | $ | 47.80 | | | |
| 04/14/2023 | $ | 65.75 | | | |
| 04/16/2023 | $ | 50.65 | | | |
| 04/17/2023 | $ | 100.00 | | | |
| 04/17/2023 | $ | 64.96 | | | |
| 04/17/2023 | $ | 100.00 | | | |
| 04/17/2023 | $ | 37.66 | | | |

**SOFA, No. 3.1 - REVISED**

| | | | | | |
|---|---|---|---|---|---|
| 04/17/2023 | $ | 122.28 | | | |
| 04/17/2023 | $ | 94.28 | | | |
| 04/17/2023 | $ | 69.50 | | | |
| 04/17/2023 | $ | 99.64 | | | |
| 04/17/2023 | $ | 95.00 | | | |
| 04/17/2023 | $ | 138.37 | | | |
| 04/17/2023 | $ | 77.42 | | | |
| 04/17/2023 | $ | 82.77 | | | |
| 04/17/2023 | $ | 100.00 | | | |
| 04/18/2023 | $ | 34.36 | | | |
| 04/18/2023 | $ | 100.00 | | | |
| 04/18/2023 | $ | 90.05 | | | |
| 04/18/2023 | $ | 60.00 | | | |
| 04/18/2023 | $ | 80.42 | | | |
| 04/18/2023 | $ | 100.00 | | | |
| 04/19/2023 | $ | 121.31 | | | |
| 04/19/2023 | $ | 71.45 | | | |
| 04/19/2023 | $ | 74.20 | | | |
| 04/19/2023 | $ | 85.00 | | | |
| 04/19/2023 | $ | 120.00 | | | |
| 04/19/2023 | $ | 45.56 | | | |
| 04/19/2023 | $ | 19.93 | | | |
| 04/20/2023 | $ | 40.00 | | | |
| 04/20/2023 | $ | 8.47 | | | |
| 04/20/2023 | $ | 98.42 | | | |
| 04/20/2023 | $ | 70.12 | | | |
| 04/20/2023 | $ | 166.92 | | | |
| 04/20/2023 | $ | 56.82 | | | |
| 04/20/2023 | $ | 100.00 | | | |
| 04/20/2023 | $ | 108.18 | | | |
| 04/20/2023 | $ | 76.59 | | | |
| 04/20/2023 | $ | 90.00 | | | |
| 04/21/2023 | $ | 48.71 | | | |
| 04/21/2023 | $ | 29.75 | | | |
| 04/21/2023 | $ | 204.25 | | | |
| 04/21/2023 | $ | 45.46 | | | |
| 04/24/2023 | $ | 36.52 | | | |
| 04/24/2023 | $ | 150.00 | | | |
| 04/24/2023 | $ | 50.00 | | | |
| 04/24/2023 | $ | 119.21 | | | |
| 04/24/2023 | $ | 60.00 | | | |
| 04/24/2023 | $ | 100.00 | | | |

**SOFA, No. 3.1 - REVISED**

| | | | | | |
|---|---|---|---|---|---|
| 04/24/2023 | $ | 145.96 | | | |
| 04/25/2023 | $ | 60.00 | | | |
| 04/25/2023 | $ | 107.00 | | | |
| 04/25/2023 | $ | 67.87 | | | |
| 04/25/2023 | $ | 120.00 | | | |
| 04/25/2023 | $ | 64.59 | | | |
| 04/25/2023 | $ | 100.00 | | | |
| 04/25/2023 | $ | 100.00 | | | |
| 04/26/2023 | $ | 73.44 | | | |
| 04/26/2023 | $ | 80.00 | | | |
| 04/26/2023 | $ | 54.65 | | | |
| 04/26/2023 | $ | 20.00 | | | |
| 04/26/2023 | $ | 77.08 | | | |
| 04/26/2023 | $ | 20.00 | | | |
| 04/26/2023 | $ | 60.00 | | | |
| 04/27/2023 | $ | 160.00 | | | |
| 04/27/2023 | $ | 50.72 | | | |
| 04/27/2023 | $ | 64.85 | | | |
| 04/27/2023 | $ | 70.29 | | | |
| 04/28/2023 | $ | 74.20 | | | |
| 04/28/2023 | $ | 100.00 | | | |
| 05/01/2023 | $ | 40.24 | | | |
| 05/01/2023 | $ | 50.00 | | | |
| 05/01/2023 | $ | 180.00 | | | |
| 05/01/2023 | $ | 120.00 | | | |
| 05/01/2023 | $ | 120.00 | | | |
| 05/01/2023 | $ | 13.44 | | | |
| 05/02/2023 | $ | 51.35 | | | |
| 05/02/2023 | $ | 108.88 | | | |
| 05/02/2023 | $ | 33.21 | | | |
| 05/02/2023 | $ | 120.00 | | | |
| 05/03/2023 | $ | 150.00 | | | |
| 05/03/2023 | $ | 45.00 | | | |
| 05/03/2023 | $ | 150.00 | | | |
| 05/03/2023 | $ | 10.23 | | | |
| 05/03/2023 | $ | 27.40 | | | |
| 05/03/2023 | $ | 50.00 | | | |
| 05/03/2023 | $ | 72.19 | | | |
| 05/03/2023 | $ | 158.31 | | | |
| 05/03/2023 | $ | 100.00 | | | |
| 05/03/2023 | $ | 160.00 | | | |
| 05/04/2023 | $ | 25.00 | | | |

**SOFA, No. 3.1 - REVISED**

| | | | | | |
|---|---|---|---|---|---|
| 05/04/2023 | $ | 188.12 | | | |
| 05/04/2023 | $ | 69.14 | | | |
| 05/04/2023 | $ | 100.00 | | | |
| 05/04/2023 | $ | 43.01 | | | |
| 05/04/2023 | $ | 3.66 | | | |
| 05/05/2023 | $ | 50.00 | | | |
| 05/08/2023 | $ | 100.00 | | | |
| 05/08/2023 | $ | 36.88 | | | |
| 05/08/2023 | $ | 76.76 | | | |
| 05/08/2023 | $ | 100.00 | | | |
| 05/08/2023 | $ | 64.10 | | | |
| 05/08/2023 | $ | 60.00 | | | |
| 05/08/2023 | $ | 78.19 | | | |
| 05/08/2023 | $ | 64.10 | | | |
| 05/08/2023 | $ | 35.09 | | | |
| 05/08/2023 | $ | 62.37 | | | |
| 05/08/2023 | $ | 15.77 | | | |
| 05/08/2023 | $ | 160.00 | | | |
| 05/09/2023 | $ | 100.00 | | | |
| 05/09/2023 | $ | 53.51 | | | |
| 05/09/2023 | $ | 40.00 | | | |
| 05/09/2023 | $ | 76.76 | | | |
| 05/09/2023 | $ | 140.00 | | | |
| 05/10/2023 | $ | 20.00 | | | |
| 05/10/2023 | $ | 80.00 | | | |
| 05/10/2023 | $ | 110.46 | | | |
| 05/10/2023 | $ | 7.57 | | | |
| 05/10/2023 | $ | 40.00 | | | |
| 05/10/2023 | $ | 100.00 | | | |
| 05/10/2023 | $ | 40.00 | | | |
| 05/11/2023 | $ | 80.00 | | | |
| 05/11/2023 | $ | 73.57 | | | |
| 05/11/2023 | $ | 27.42 | | | |
| 05/11/2023 | $ | 40.73 | | | |
| 05/11/2023 | $ | 40.73 | | | |
| 05/11/2023 | $ | 13.00 | | | |
| 05/11/2023 | $ | 160.00 | | | |
| 05/12/2023 | $ | 120.00 | | | |
| 05/12/2023 | $ | 70.30 | | | |
| 05/12/2023 | $ | 25.00 | | | |
| 05/13/2023 | $ | 64.00 | | | |
| **Site One** | **$** | **85,520.32** | | X | |

**SOFA, No. 3.1 - REVISED**

| | | | | | |
|---|---|---|---|---|---|
| 03/10/23 | $ | 351.88 | | | |
| 03/10/23 | $ | 1,218.34 | | | |
| 03/10/23 | $ | 299.55 | | | |
| 03/10/23 | $ | 275.60 | | | |
| 03/10/23 | $ | 73.88 | | | |
| 03/10/23 | $ | 114.36 | | | |
| 03/10/23 | $ | 297.85 | | | |
| 03/10/23 | $ | 1,384.17 | | | |
| 03/10/23 | $ | 1,384.17 | | | |
| 03/10/23 | $ | 10.48 | | | |
| 03/10/23 | $ | 488.08 | | | |
| 03/10/23 | $ | 231.08 | | | |
| 03/10/23 | $ | 32.25 | | | |
| 03/10/23 | $ | 103.15 | | | |
| 03/10/23 | $ | 1,057.78 | | | |
| 03/10/23 | $ | 81.02 | | | |
| 03/10/23 | $ | 96.97 | | | |
| 03/10/23 | $ | 1,426.16 | | | |
| 03/10/23 | $ | 1,597.15 | | | |
| 03/10/23 | $ | 408.86 | | | |
| 03/10/23 | $ | 30.14 | | | |
| 03/10/23 | $ | 791.59 | | | |
| 03/10/23 | $ | 9.64 | | | |
| 03/10/23 | $ | 9.14 | | | |
| 03/10/23 | $ | 336.21 | | | |
| 03/10/23 | $ | 350.29 | | | |
| 03/16/23 | $ | 316.50 | | | |
| 03/16/23 | $ | 8.37 | | | |
| 03/16/23 | $ | 35.83 | | | |
| 03/16/23 | $ | 265.97 | | | |
| 03/16/23 | $ | 40.77 | | | |
| 03/16/23 | $ | 2.07 | | | |
| 03/16/23 | $ | 45.63 | | | |
| 03/16/23 | $ | 177.32 | | | |
| 03/16/23 | $ | 51.48 | | | |
| 03/16/23 | $ | 1,012.88 | | | |
| 03/16/23 | $ | 49.00 | | | |
| 03/16/23 | $ | 13.15 | | | |
| 03/16/23 | $ | 612.07 | | | |
| 03/16/23 | $ | 9.17 | | | |
| 03/16/23 | $ | 40.15 | | | |
| 03/16/23 | $ | 252.98 | | | |

**SOFA, No. 3.1 - REVISED**

| 03/16/23 | $ | 32.32 | | | |
|----------|---|-------|---|---|---|
| 03/16/23 | $ | 82.75 | | | |
| 03/16/23 | $ | 68.60 | | | |
| 03/16/23 | $ | 739.25 | | | |
| 03/16/23 | $ | 496.16 | | | |
| 03/16/23 | $ | 118.90 | | | |
| 03/16/23 | $ | 443.18 | | | |
| 03/16/23 | $ | 1,551.46 | | | |
| 03/16/23 | $ | 58.00 | | | |
| 03/16/23 | $ | 1,032.40 | | | |
| 03/16/23 | $ | 158.72 | | | |
| 03/16/23 | $ | 251.42 | | | |
| 03/16/23 | $ | 109.25 | | | |
| 03/16/23 | $ | 1,868.54 | | | |
| 04/03/23 | $ | 2,821.25 | | | |
| 04/03/23 | $ | 402.46 | | | |
| 04/03/23 | $ | 2,430.41 | | | |
| 04/03/23 | $ | 145.39 | | | |
| 04/03/23 | $ | 392.77 | | | |
| 04/03/23 | $ | 656.94 | | | |
| 04/03/23 | $ | 4,071.04 | | | |
| 04/03/23 | $ | 993.16 | | | |
| 04/03/23 | $ | 517.03 | | | |
| 04/03/23 | $ | 538.08 | | | |
| 04/03/23 | $ | 211.00 | | | |
| 04/03/23 | $ | 360.90 | | | |
| 04/03/23 | $ | 17.89 | | | |
| 04/03/23 | $ | 5,548.59 | | | |
| 04/03/23 | $ | 106.34 | | | |
| 04/03/23 | $ | 397.62 | | | |
| 04/03/23 | $ | 6,869.00 | | | |
| 04/03/23 | $ | 1,651.94 | | | |
| 04/03/23 | $ | 761.69 | | | |
| 04/03/23 | $ | 2,291.55 | | | |
| 04/03/23 | $ | 2,223.95 | | | |
| 04/03/23 | $ | 2,295.60 | | | |
| 04/03/23 | $ | 1,000.45 | | | |
| 04/28/23 | $ | 12.05 | | | |
| 04/28/23 | $ | 629.68 | | | |
| 04/28/23 | $ | 68.16 | | | |
| 04/28/23 | $ | 415.74 | | | |
| 04/28/23 | $ | 468.33 | | | |

**SOFA, No. 3.1 - REVISED**

| | | | | | |
|---|---|---|---|---|---|
| 04/28/23 | $ | 422.57 | | | |
| 04/28/23 | $ | 833.85 | | | |
| 04/28/23 | $ | 11.52 | | | |
| 04/28/23 | $ | 43.41 | | | |
| 04/28/23 | $ | 6.30 | | | |
| 04/28/23 | $ | 399.43 | | | |
| 04/28/23 | $ | 9.59 | | | |
| 04/28/23 | $ | 199.36 | | | |
| 04/28/23 | $ | 236.55 | | | |
| 04/28/23 | $ | 668.10 | | | |
| 04/28/23 | $ | 177.71 | | | |
| 04/28/23 | $ | 111.89 | | | |
| 04/28/23 | $ | 673.96 | | | |
| 04/28/23 | $ | 58.39 | | | |
| 04/28/23 | $ | 1,140.62 | | | |
| 04/28/23 | $ | 38.15 | | | |
| 04/28/23 | $ | 429.45 | | | |
| 04/28/23 | $ | 450.02 | | | |
| 04/28/23 | $ | 362.90 | | | |
| 04/28/23 | $ | 1,701.41 | | | |
| 04/28/23 | $ | 555.32 | | | |
| 04/28/23 | $ | 52.86 | | | |
| 04/28/23 | $ | 37.10 | | | |
| 04/28/23 | $ | 155.53 | | | |
| 04/28/23 | $ | 1,089.89 | | | |
| 04/28/23 | $ | 265.01 | | | |
| 04/28/23 | $ | 1,319.12 | | | |
| 04/28/23 | $ | 1,236.53 | | | |
| 04/28/23 | $ | 68.44 | | | |
| 04/28/23 | $ | 1,157.27 | | | |
| 04/28/23 | $ | 506.34 | | | |
| 04/28/23 | $ | 483.48 | | | |
| 04/28/23 | $ | 245.66 | | | |
| 04/28/23 | $ | 750.02 | | | |
| 04/28/23 | $ | 560.91 | | | |
| 04/28/23 | $ | 518.50 | | | |
| 04/28/23 | $ | 941.93 | | | |
| 04/28/23 | $ | 4,257.34 | | | |
| 04/28/23 | $ | 888.59 | | | |
| 04/28/23 | $ | 391.09 | | | |
| 04/28/23 | $ | 57.66 | | | |
| 04/28/23 | $ | 728.62 | | | |

**SOFA, No. 3.1 - REVISED**

| | | | | | |
|---|---|---|---|---|---|
| 04/28/23 | $ | 253.33 | | | |
| 04/28/23 | $ | 321.51 | | | |
| **Soil Supply** | **$** | **11,876.23** | | x | |
| 02/21/2023 | $ | 241.31 | | | |
| 02/22/2023 | $ | 321.75 | | | |
| 02/22/2023 | $ | 188.76 | | | |
| 02/23/2023 | $ | 141.57 | | | |
| 02/23/2023 | $ | 141.57 | | | |
| 02/23/2023 | $ | 165.17 | | | |
| 02/23/2023 | $ | 165.17 | | | |
| 02/27/2023 | $ | 141.57 | | | |
| 02/27/2023 | $ | 141.57 | | | |
| 02/28/2023 | $ | 141.57 | | | |
| 02/28/2023 | $ | 141.57 | | | |
| 02/28/2023 | $ | 86.87 | | | |
| 03/01/2023 | $ | 402.19 | | | |
| 03/02/2023 | $ | 482.63 | | | |
| 03/02/2023 | $ | 482.63 | | | |
| 03/06/2023 | $ | 60.33 | | | |
| 03/09/2023 | $ | 141.57 | | | |
| 03/15/2023 | $ | 20.91 | | | |
| 03/20/2023 | $ | 321.75 | | | |
| 03/20/2023 | $ | 402.19 | | | |
| 03/21/2023 | $ | 141.57 | | | |
| 03/23/2023 | $ | 482.63 | | | |
| 03/23/2023 | $ | 643.50 | | | |
| 03/23/2023 | $ | 321.75 | | | |
| 04/04/2023 | $ | 80.44 | | | |
| 04/06/2023 | $ | 232.73 | | | |
| 04/12/2023 | $ | 334.62 | | | |
| 04/18/2023 | $ | 144.79 | | | |
| 04/18/2023 | $ | 144.79 | | | |
| 04/19/2023 | $ | 64.35 | | | |
| 04/19/2023 | $ | 144.79 | | | |
| 04/19/2023 | $ | 144.79 | | | |
| 04/20/2023 | $ | 402.18 | | | |
| 04/24/2023 | $ | 173.74 | | | |
| 04/24/2023 | $ | 241.31 | | | |
| 04/24/2023 | $ | 393.18 | | | |
| 04/25/2023 | $ | 173.75 | | | |
| 04/25/2023 | $ | 173.75 | | | |
| 04/25/2023 | $ | 173.74 | | | |
| 04/25/2023 | $ | 173.75 | | | |

**SOFA, No. 3.1 - REVISED**

| | | | | | |
|---|---|---|---|---|---|
| 04/26/2023 | $ 205.92 | | | | |
| 05/01/2023 | $ 482.63 | | | | |
| 05/01/2023 | $ 482.63 | | | | |
| 05/02/2023 | $ 830.12 | | | | |
| 05/03/2023 | $ 173.75 | | | | |
| 05/04/2023 | $ 173.75 | | | | |
| 05/04/2023 | $ 173.75 | | | | |
| 05/09/2023 | $ 102.96 | | | | |
| 05/09/2023 | $ 131.92 | | | | |
| **Unifirst Corporation** | **$ 14,800.00** | | | X | |
| 02/24/23 | $ 90.57 | | | | |
| 02/24/23 | $ 449.73 | | | | |
| 02/24/23 | $ 459.48 | | | | |
| 02/24/23 | $ 469.44 | | | | |
| 02/24/23 | $ 425.25 | | | | |
| 02/24/23 | $ 397.94 | | | | |
| 02/24/23 | $ 388.44 | | | | |
| 02/24/23 | $ 497.21 | | | | |
| 02/24/23 | $ 507.82 | | | | |
| 02/24/23 | $ 396.43 | | | | |
| 02/24/23 | $ 391.51 | | | | |
| 02/24/23 | $ 405.81 | | | | |
| 02/24/23 | $ 398.94 | | | | |
| 02/24/23 | $ 451.52 | | | | |
| 02/24/23 | $ 399.15 | | | | |
| 02/24/23 | $ 395.31 | | | | |
| 02/24/23 | $ 396.48 | | | | |
| 02/24/23 | $ 389.08 | | | | |
| 02/24/23 | $ 484.66 | | | | |
| 02/24/23 | $ 377.50 | | | | |
| 02/24/23 | $ 379.45 | | | | |
| 02/24/23 | $ 453.92 | | | | |
| 02/24/23 | $ 364.26 | | | | |
| 02/24/23 | $ 5,430.10 | | | | |
| **Western Equipment Finance** | **$ 8,082.96** | x | | | |
| 03/08/23 | $ 1,030.77 | | | | |
| 03/27/23 | $ 1,030.77 | | | | |
| 04/25/23 | $ 1,030.77 | | | | |
| 02/25/23 | $ 578.26 | | | | |
| 03/25/23 | $ 578.26 | | | | |
| 04/25/23 | $ 578.26 | | | | |
| 03/05/23 | $ 671.75 | | | | |
| 04/05/23 | $ 671.75 | | | | |

**SOFA, No. 3.1 - REVISED**

| | | | | | |
|---|---|---|---|---|---|
| 05/05/23 | $ 671.75 | | | | |
| 02/25/23 | $ 413.54 | | | | |
| 03/25/23 | $ 413.54 | | | | |
| 04/25/23 | $ 413.54 | | | | |

| Name | Date | Amount | Transaction type |
|------|------|--------|------------------|
| Michael Robbins * | 5/16/2022 | $ 50,000.00 | Deposit |
| Michael Robbins | 5/17/2022 | $ 50,000.00 | Deposit |
| Michael Robbins | 5/26/2022 | $ (25,000.00) | Check |
| Michael Robbins | 7/6/2022 | $ (10,000.00) | Check |
| Michael Robbins | 7/7/2022 | $ (10,000.00) | Check |
| Michael Robbins | 8/4/2022 | $ 25,000.00 | Deposit |
| Michael Robbins | 8/5/2022 | $ (8,000.00) | Check |
| Michael Robbins | 8/8/2022 | $ 50,000.00 | Deposit |
| Michael Robbins | 8/15/2022 | $ 45,000.00 | Deposit |
| Michael Robbins | 8/29/2022 | $ (5,000.00) | Expense |
| Michael Robbins | 9/1/2022 | $ (10,000.00) | Expense |
| Michael Robbins | 9/8/2022 | $ (7,500.00) | Expense |
| Michael Robbins | 9/17/2022 | $ 2,500.00 | Credit Card |
| Michael Robbins | 9/19/2022 | $ (2,000.00) | Expense |
| Michael Robbins | 9/21/2022 | $ (2,000.00) | Expense |
| Michael Robbins | 9/22/2022 | $ (6,000.00) | Expense |
| Michael Robbins | 9/22/2022 | $ (5,000.00) | Expense |
| Michael Robbins | 9/22/2022 | $ (2,000.00) | Expense |
| Michael Robbins | 9/23/2022 | $ (4,897.98) | Expense |
| Michael Robbins | 9/23/2022 | $ 9,000.00 | Deposit |
| Michael Robbins | 9/26/2022 | $ (3,500.00) | Expense |
| Michael Robbins | 9/29/2022 | $ (10,000.00) | Expense |
| Michael Robbins | 10/4/2022 | $ (2,000.00) | Expense |
| Michael Robbins | 10/6/2022 | $ (7,500.00) | Journal Entry |
| Michael Robbins | 10/10/2022 | $ (10,000.00) | Expense |
| Michael Robbins | 10/17/2022 | $ 20,000.00 | Deposit |
| Michael Robbins | 10/18/2022 | $ 2,600.00 | Deposit |
| Michael Robbins | 10/18/2022 | $ 16,000.00 | Deposit |
| Michael Robbins | 10/19/2022 | $ 19,400.00 | Deposit |
| Michael Robbins | 10/20/2022 | $ (2,500.00) | Expense |
| Michael Robbins | 10/24/2022 | $ 45,000.00 | Deposit |
| Michael Robbins | 10/27/2022 | $ 20,000.00 | Deposit |
| Michael Robbins | 11/8/2022 | $ (3,000.00) | Expense |
| Michael Robbins | 11/14/2022 | $ 2,500.00 | Deposit |
| Michael Robbins | 11/16/2022 | $ 75,000.00 | Deposit |
| Michael Robbins | 11/18/2022 | $ 50,000.00 | Deposit |
| Michael Robbins | 12/15/2022 | $ 75,000.00 | Deposit |
| Michael Robbins | 12/15/2022 | $ 5,995.00 | Deposit |
| Michael Robbins | 12/16/2022 | $ 9,505.00 | Deposit |
| Michael Robbins | 12/16/2022 | $ 5.00 | Deposit |
| Michael Robbins | 12/19/2022 | $ 175.00 | Deposit |
| Michael Robbins | 12/19/2022 | $ 5.00 | Deposit |

*The Debtor believes some of these transactions may have been made to Robbins Media Group, LLC, and continues to investigate its books and records. The Debtor reserves all rights to amend the Statements as necessary following its investigation.

**SOFA 4 - REVISED**
**Payments within 1 Year**

| Name | Date | Amount | Transaction type |
|------|------|--------|------------------|
| Michael Robbins | 12/19/2022 | $ 480.00 | Deposit |
| Michael Robbins | 12/19/2022 | $ (1,000.00) | Expense |
| Michael Robbins | 12/20/2022 | $ 565.00 | Deposit |
| Michael Robbins | 12/20/2022 | $ 5,650.00 | Deposit |
| Michael Robbins | 12/20/2022 | $ 1,410.00 | Deposit |
| Michael Robbins | 12/27/2022 | $ 4,895.00 | Deposit |
| Michael Robbins | 12/29/2022 | $ 1,000.00 | Deposit |
| Michael Robbins | 12/30/2022 | $ 450.00 | Deposit |
| Michael Robbins | 12/30/2022 | $ 5,000.00 | Deposit |
| Michael Robbins | 1/1/2023 | $ (8,476.84) | Expense |
| Michael Robbins | 1/3/2023 | $ (1,000.00) | Expense |
| Michael Robbins | 1/4/2023 | $ (3,300.00) | Check |
| Michael Robbins | 1/4/2023 | $ (500.00) | Expense |
| Michael Robbins | 1/10/2023 | $ (5,000.00) | Expense |
| Michael Robbins | 1/12/2023 | $ (10,000.00) | Expense |
| Michael Robbins | 1/13/2023 | $ (10,000.00) | Expense |
| Michael Robbins | 1/13/2023 | $ (5,916.66) | Expense |
| Michael Robbins | 1/13/2023 | $ 8,000.00 | Deposit |
| Michael Robbins | 1/13/2023 | $ (227.91) | Credit Card |
| Michael Robbins | 1/26/2023 | $ 10,000.00 | Deposit |
| Michael Robbins | 1/27/2023 | $ 15,000.00 | Deposit |
| Michael Robbins | 1/30/2023 | $ (4,000.00) | Expense |
| Michael Robbins | 1/30/2023 | $ (500.00) | Expense |
| Michael Robbins | 1/31/2023 | $ (1,500.00) | Expense |
| Michael Robbins | 2/1/2023 | $ (1,700.00) | Expense |
| Michael Robbins | 2/1/2023 | $ (3,500.00) | Expense |
| Michael Robbins | 2/6/2023 | $ (1,000.00) | Expense |
| Michael Robbins | 2/7/2023 | $ (2,500.00) | Expense |
| Michael Robbins | 2/8/2023 | $ - | Expense |
| Michael Robbins | 2/8/2023 | $ (700.00) | Expense |
| Michael Robbins | 2/8/2023 | $ (150.00) | Expense |
| Michael Robbins | 2/8/2023 | $ (20.00) | Expense |
| Michael Robbins | 2/9/2023 | $ (1,000.00) | Expense |
| Michael Robbins | 2/9/2023 | $ 1,000.00 | Transfer |
| Michael Robbins | 2/13/2023 | $ 5,000.00 | Transfer |
| Michael Robbins | 2/15/2023 | $ (5,916.66) | Expense |
| Michael Robbins | 2/16/2023 | $ 8,000.00 | Deposit |
| Michael Robbins | 2/17/2023 | $ - | Transfer |
| Michael Robbins | 2/17/2023 | $ 2,500.00 | Transfer |
| Michael Robbins | 2/23/2023 | $ (30,000.00) | Journal Entry |
| Michael Robbins | 3/1/2023 | $ (1,000.00) | Check |
| Michael Robbins | 3/1/2023 | $ (1,500.00) | Check |

**SOFA 4 - REVISED**
**Payments within 1 Year**

| Name | Date | Amount | Transaction type |
|---|---|---|---|
| Michael Robbins | 3/1/2023 | $ (1,800.00) | Check |
| Michael Robbins | 3/1/2023 | $ (2,000.00) | Check |
| Michael Robbins | 3/2/2023 | $ (40,000.00) | Check |
| Michael Robbins | 3/2/2023 | $ (2,000.00) | Transfer |
| Michael Robbins | 3/3/2023 | $ 3,000.00 | Transfer |
| Michael Robbins | 3/6/2023 | $ 5,000.00 | Transfer |
| Michael Robbins | 3/9/2023 | $ (30,000.00) | Check |
| Michael Robbins | 3/9/2023 | $ (500.00) | Check |
| Michael Robbins | 3/14/2023 | $ 10,085.89 | Deposit |
| Michael Robbins | 3/14/2023 | $ (7,500.00) | Check |
| Michael Robbins | 3/16/2023 | $ (5,916.66) | Expense |
| Michael Robbins | 3/16/2023 | $ (40,000.00) | Expense |
| Michael Robbins | 3/23/2023 | $ (40,000.00) | Expense |
| Michael Robbins | 3/23/2023 | $ (2,000.00) | Expense |
| Michael Robbins | 3/30/2023 | $ (28,000.00) | Expense |
| Michael Robbins | 3/30/2023 | $ (2,000.00) | Expense |
| Michael Robbins | 4/3/2023 | $ (2,500.00) | Transfer |
| Michael Robbins | 4/5/2023 | $ 5,000.00 | Transfer |
| Michael Robbins | 4/6/2023 | $ 10,000.00 | Deposit |
| Michael Robbins | 4/13/2023 | $ 1,000.00 | Transfer |
| Michael Robbins | 4/14/2023 | $ 4,000.00 | Deposit |
| Michael Robbins | 4/14/2023 | $ (4,000.00) | Transfer |
| Michael Robbins | 4/14/2023 | $ (5,916.66) | Transfer |
| Michael Robbins | 4/18/2023 | $ (4,000.00) | Transfer |
| Michael Robbins | 4/19/2023 | $ 4,500.00 | Deposit |
| Michael Robbins | 4/28/2023 | $ 5,000.00 | Deposit |
| Michael Robbins | 5/5/2023 | $ (500.00) | Expense |
| Michael Robbins | 5/10/2023 | $ 2,000.00 | Deposit |
| | | $ 230,281.52 | |
| | | | |
| Michael Robbins | 2022 | $ (28,600.00) | Salary |
| Michael Robbins | 1/6/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 1/18/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 1/20/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 1/27/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 2/3/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 2/10/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 2/17/2002 | $ (5,720.00) | Salary |
| Michael Robbins | 3/10/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 3/17/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 3/24/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 3/31/2023 | $ (5,720.00) | Salary |

**SOFA 4 - REVISED**
**Payments within 1 Year**

| Name | Date | Amount | Transaction type |
|---|---|---|---|
| Michael Robbins | 4/21/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 4/28/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 5/5/2023 | $ (5,720.00) | Salary |
| Michael Robbins | 5/12/2023 | $ (6,000.00) | Salary |
|  |  | $ (114,680.00) |  |
|  |  |  |  |
| Ashley Smith | 2022 | $ (31,200.00) | Salary |
| Ashley Smith | 2/24/2023 | $ (800.00) | Salary |
| Ashley Smith | 3/3/2023 | $ (800.00) | Salary |
| Ashley Smith | 3/10/2023 | $ (800.00) | Salary |
| Ashley Smith | 3/17/2023 | $ (800.00) | Salary |
| Ashley Smith | 3/24/2023 | $ (800.00) | Salary |
| Ashley Smith | 3/31/2023 | $ (800.00) | Salary |
| Ashley Smith | 4/7/2023 | $ (800.00) | Salary |
| Ashley Smith | 4/14/2023 | $ (800.00) | Salary |
| Ashley Smith | 4/21/2023 | $ (800.00) | Salary |
| Ashley Smith | 4/28/2023 | $ (800.00) | Salary |
| Ashley Smith | 5/5/2023 | $ (800.00) | Salary |
| Ashley Smith | 5/12/2023 | $ (800.00) | Salary |
|  |  | $ (40,800.00) |  |
|  |  |  |  |
| Roberta Robbins | 2022 | $ (36,000.00) | Salary |
| Roberta Robbins | 1/6/2023 | $ (1,000.00) | Salary |
| Roberta Robbins | 1/20/2023 | $ (1,000.00) | Salary |
| Roberta Robbins | 4/28/2023 | $ (1,000.00) | Salary |
| Roberta Robbins | 5/5/2023 | $ (1,000.00) | Salary |
| Roberta Robbins | 5/12/2023 | $ (1,000.00) | Salary |
|  |  | $ (41,000.00) |  |
|  |  |  |  |
| Blu Robbin Group | 6/1/2022 | $ (1,500.00) | Office Lease |
| Blu Robbin Group | 7/1/2022 | $ (1,500.00) | Office Lease |
| Blu Robbin Group | 8/1/2022 | $ (1,500.00) | Office Lease |
| Blu Robbin Group | 9/1/2022 | $ (1,500.00) | Office Lease |
| Blu Robbin Group | 10/1/2022 | $ (1,500.00) | Office Lease |
| Blu Robbin Group | 11/1/2022 | $ (1,500.00) | Office Lease |
| Blu Robbin Group | 12/1/2022 | $ (1,500.00) | Office Lease |
| Blu Robbin Group | 1/4/2023 | $ (1,500.00) | Office Lease |
| Blu Robbin Group | 2/9/2023 | $ (1,500.00) | Office Lease |
| Blu Robbin Group | 3/1/2023 | $ (1,500.00) | Office Lease |
| Blu Robbin Group | 4/1/2023 | $ (1,500.00) | Office Lease |
| Blu Robbin Group | 5/4/2023 | $ (1,500.00) | Office Lease |
|  |  | $ (18,000.00) |  |