Local Form 1 UNITED STATES BANKRUPTCY COURT September 2021
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 23-40082 |
| | ) | |
| ROBBINS SERVICE GROUP, LLC, | ) | Chapter 7 |
| d/b/a Whispering Pines Landscaping, | ) | |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF TRUSTEE'S MOTION FOR AUTHORITY TO SEGREGATE PRESUMPTIVE CASH COLLATERAL BY DEPOSITING INTO A SEPARATE ESTATE ACCOUNT AND NOTICE OF HEARING
(Hearing Scheduled)

**TAKE NOTICE** that the Trustee has filed a Motion for Authority to Segregate Presumptive Cash Collateral by Depositing into a Separate Estate Account. A copy is included with this notice or copied on the reverse side of this notice.

<u>**Your rights may be affected**</u>. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

TAKE FURTHER NOTICE that a hearing on the motion will be held on **November 27, 2023, at 9:30 AM** at the U.S. Bankruptcy Court, Courtroom 2B, 401 W. Trade Street, Charlotte, NC 28202. Any response, including any objection, to the relief requested should be filed with the Clerk, United States Bankruptcy Court for the Western District of North Carolina, 401 W. Trade Street, Suite 2500, Charlotte, NC 28202. Any response should clearly identify the specific motion to which the response is directed and should comply with Local Rule 9013(1). A copy of any response should be served upon the following:

Heather W. Culp, 1701 South Boulevard, Charlotte, NC 28203 (fax: 704-372-1357)

U.S. Bankruptcy Administrator, 401 W. Trade Street, Suite 2400, Charlotte, NC 28202-1669 (fax: 704-344-6666)

TAKE FURTHER NOTICE that the Court may grant the relief requested at the hearing. No further notice will be given.

November 6, 2023.  /s/Heather W. Culp
Heather W. Culp
N.C. Bar No. 30386
Essex Richards, P.A.
Chapter 7 Trustee/Attorney for Trustee
1701 South Boulevard
Charlotte, NC 28203
Telephone: (704) 377-4300
Facsimile: (704) 372-1357
Heather.Culp@essexrichards.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 23-40082 |
| | ) | |
| ROBBINS SERVICE GROUP, LLC, | ) | Chapter 7 |
| d/b/a Whispering Pines Landscaping, | ) | |
| | ) | |
| Debtor(s). | ) | |

**TRUSTEE'S MOTION FOR AUTHORITY TO SEGREGATE PRESUMPTIVE CASH COLLATERAL BY DEPOSITING INTO A SEPARATE ESTATE ACCOUNT**

Heather W. Culp, Chapter 7 Trustee ("Movant"), through the undersigned counsel, moves for authority to segregate presumptive cash collateral by opening a second estate account and depositing the proceeds to that account until further order from the Court, stating in support as follows:

1. The Debtor filed a voluntary Chapter 11 Subchapter V petition on May 15, 2023, which was subsequently converted to Chapter 7 on October 26, 2023, and Movant was appointed Chapter 7 Trustee. The initial Chapter 7 meeting of creditors is scheduled to take place on November 29, 2023.

2. United Community Bank filed a proof of claim (Claim 23-1) claiming a blanket lien on the Debtor's personal property and attaching a security agreement and a financing statement filed with the North Carolina Secretary of State purporting to encumber the Debtor's assets including accounts receivable, general intangibles, and the proceeds of them. Movant requires additional time to determine the perfection, priority, and extent of liens.

3. Movant has received several checks in payment of the Debtor's accounts receivable and expects to obtain additional such payments. Further, Movant is in the process of liquidating and closing the debtor-in-possession bank accounts.

4. In April 2020, Movant's trustee software provider began charging monthly bank and technology fees to estate bank accounts. These fees will continue to be charged until the earlier of a rise in interest rates or the filing of a final report.

5. To avoid a monthly bank and technology fee to be charged against what is likely a creditor's cash collateral, Movant desires authority to open a second estate account for the sole purpose of depositing and thus segregating the funds on deposit with First Citizens Bank, proceeds of accounts receivable, and other presumptive cash collateral. In addition, Movant requests that the segregated funds be exempt from bank and technology fees until there is a determination of whether the funds are property of the estate. For avoidance of doubt, Movant requests that the proposed segregation be without prejudice to any party in interest's rights, claims, and defenses.

WHEREFORE, Movant requests that this Court issue an order authorizing her to segregate presumptive cash collateral by opening a second estate account and depositing the proceeds to it until further order of the Court; that bank and technology fees be waived until determination is made as to perfection, priority, and extent of liens; and for such other and further relief as may be just and proper.

November 6, 2023.          /s/Heather W. Culp
                                          Heather W. Culp
                                          NC Bar No. 30386
                                          Chapter 7 Trustee/Attorney for Trustee
                                          Essex Richards, P.A.
                                          1701 South Blvd.
                                          Charlotte, NC 28203
                                          Tel: (704) 377-4300
                                          Fax: (704) 372-1357
                                          E-mail: Heather.Culp@essexrichards.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, I electronically filed the foregoing **NOTICE OF TRUSTEE'S MOTION FOR AUTHORITY TO SEGREGATE CASH COLLATERAL BY DEPOSITING INTO A SEPARATE ESTATE ACCOUNT AND NOTICE OF HEARING** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the registered parties, including:

Shelley K. Abel, U.S. Bankruptcy Administrator
William L. Esser IV, Attorney for United Community Bank
Ashley Oldfield, Attorney for the Debtor
Matthew L. Tomsic, Attorney for the Debtor

I further certify that the foregoing was served on the parties listed below by mailing a copy of the same in an envelope addressed to each party with proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service on November 6, 2023.

All on the attached matrix.

/s/Heather W. Culp
Heather W. Culp
NC Bar No. 30386
Chapter 7 Trustee/Attorney for Trustee
Essex Richards, P.A.
1701 South Blvd.
Charlotte, NC 28203
Telephone: (704) 377-4300
Facsimile: (704) 372-1357
E-mail: Heather.Culp@essexrichards.com

Label Matrix for local noticing
0419-3
Case 23-40082
Western District of North Carolina
Charlotte
Mon Nov  6 12:27:57 EST 2023

3D Worldwide, LLC
4052 N Highway 16
Denver, NC 28037-7908

3D Worldwide, LLC
The Deaton Law Firm, PLLC
3638 N. Hwy 16
Denver, NC 28037-8268

A Sani-Can
8151 Webbs Rd.
Denver, NC 28037-7429

ADT Headquarters
1501 Yamato Rd.
Boca Raton, FL 33431-4438

Ally Bank
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank
c/o Pamela P. Keenan
P. O. Box 19766
Raleigh, NC 27619-9766

Ally Financial
PO Box 380901
Bloomington, MN 55438-0901

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

American Express
PO Box 6031
Carol Stream, IL 60197-6031

American Express National Bank
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Argos
455 South Johnston St.
Dallas, GA 30132-4600

Artisan Signs
18335 Old Statesville Road 'L'
Cornelius, NC 28031-9014

Aspire, LLC
390 S Woodsmill Rd
Chesterfield, MO 63017-3626

John C. Bircher III
Davis Hartman Wright LLP
209 Pollock Street
New Bern, NC 28560-4942

Daniel C. Bruton
BELL, DAVIS & PITT, P.A.
100 N. Cherry Street, Suite 600
Post Office Box 21029
Winston-Salem, NC 27120-1029

Capital One
PO Box 71087
Charlotte, NC 28272-1087

Capital One N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Carolina Foundation Solutions & Supply
10810 Southern Loop Blvd, Suite 17
Pineville, NC 28134-8365

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Cintas
PO Box 631025
Cincinnati, OH 45263-1025

Clark Caniff
145 S. Livernois, Suite 240
Rochester Hills, MI 48307-1837

Coast
PO Box 483
New York, NY 10014-0483

Cole Hayes
601 S. Kings Drive
Suite F - PMB #611
Charlotte, NC 28204

Cooke Rentals
5743 Highway 150 East
Denver, NC 28037-6770

Stacy C. Cordes
Cordes Law, PLLC
1800 East Boulevard
Charlotte, NC 28203-5826

Heather Culp
1701 South Blvd
Charlotte, NC 28203-4727

Daniel C. Bruton
Bell Davis & Pitt, PA
100 N. Cherry Street, Suite 600
Winston-Salem, NC 27101-4016

```
Daniel C. Bruton                    Davenport Law                          (p)DE LAGE LANDEN FINANCIAL
Bell Davis & Pitt, PA               5900 South Lake Forest Dr., Suite 300  ATTN LITIGATION & RECOVERY
PO Box 21029                        Mckinney, TX 75070-2238                1111 OLD EAGLE SCHOOL ROAD
Winston Salem, NC 27120-1029                                               WAYNE PA 19087-1453


Wesley L Deaton                     Dennis A. Dressler                     Dennis A Dressler
The Deaton Law Firm, PLLC           Counsel for Tokyo Century (USA) Inc.   Dressler Peters LLC
PO Box 2459                         Dressler                               101 W. Grand Ave.
Denver, NC 28037-2459                Peters, LLC                           Ste. 404
                                    101 W. Grand Ave., Suite 404           Chicago, IL 60654-7129
                                    Chicago, IL 60654-7129


Duke Energy Headquarters            EBF Holdings, LLC                      Erie Insurance
526 S. Church St.                   dba Everest Business Funding           100 Erie Insurance Place
Charlotte, NC 28202-1802            102 West 38th Street, 6th Floor        Erie, PA 16530-9000
                                    New York, NY 10018-3664


William L. Esser IV                 Scott D. Fink                          First Citizens Bank & Trust Company
Parker Poe Adams & Bernstein LLP    Weltman, Weinberg & Reis               4300 Six Forks Road
620 South Tryon Street, Suite 800   323 W. Lakeside Ave., Ste 200          Raleigh, NC 27609-5718
Charlotte, NC 28202-1842            Cleveland, OH 44113-1009


(p)FIRST CITIZENS BANK TRUST COMPANY General Motors Financial Company, Inc. Global Merchant Cash
P O BOX 25187                       PO Box 183593                          64 Beaver St., Suite 415
RALEIGH NC 27611-5187               Arlington, TX 76096-3593               New York, NY 10004-2508


Global Merchant Cash, Inc.          Great Lakes Petroleum                  Green Grass Capital
Thompson Hine LLP                   5001 Wilkinson Blvd                    1 Whitehall St., Suite 200
3900 Key Center                     Charlotte, NC 28208-5445               New York, NY 10004-2109
127 Public Square
Cleveland, OH 44114-1217


Green Resource, LLC                 Green Resource, LLC                    Green Resources
Attn: Scott Hanes                   c/o Daniel C. Bruton, Esq.             PO Box 429
P.O. Box 429                        BELL, DAVIS & PITT, P.A.               Colfax, NC 27235-0429
Colfax, NC 27235-0429               P.O. Box 21029
                                    Winston-Salem, NC 27120-1029


Greenberg, Grant & Richards, Inc.   Ground Technological Services          James M. Hash
5858 Westheimer Rd., Suite 500      2067 Hwy 16 N Business                 Everett Gaskins Hancock LLP
Houston, TX 77057-5645              Denver, NC 28037-8252                  P.O. Box 911
                                                                           Raleigh, NC 27602-0911


Cole Hayes                          Headrick Outdoor Media                 Internal Revenue Service
601 S. Kings Drive                  1 Freedom Square                       Centralized Insolvency Operation
Suite F PMB #411                    Laurel, MS 39440-3367                  2970 Market Street
Charlotte, NC 28204-3089                                                   Mail Stop 5-Q30-133
                                                                           Philadelphia, PA 19104-5002


Internal Revenue Service            Internal Revenue Service               Interstate Supplies & Service
Centralized Insolvency Operation    P.O. Box 7317                          511 Union West Blvd
PO Box 7346                         Philadelphia, PA 19101-7317            Stallings, NC 28104-8834
Philadelphia, PA 19101-7346
```

Isuzu Finance of America, Inc.
2500 Westchester Ave., Suite 312
Purchase, NY 10577-2578

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Janet Stroupe
5246 Clearwater Lake Road
Mt Holly, NC 28120-1442

Kalamata Capital Group, LLC
Berkovitch & Bouskila, PLLC
1545 Route 202, Ste. 101
Pomona, NY 10970-2951

Pamela P. Keenan
Kirschbaum, Nanney, Keenan & Griffin
2418 Blue Ridge Road, Suite 200
Post Office Box 19766
Raleigh, NC 27619-9766

Leaf Capital Funding, LLC
c/o Legal Department
2005 Market Street, Floor 14
Philadelphia, PA 19103-7009

Lincoln County
c/o Megan Gilbert, County Attorney
353 N. Generals Blvd.
Lincolnton, NC 28092-3558

Loren Bailey and Janet Bailey
c/o Stacy C. Cordes
Cordes Law, PLLC
1800 East Boulevard
Charlotte, North Carolina 28203-5826

Lyon Financial
118 Morlake Dr., Suite 202
Mooresville, NC 28117-9540

Mark DeBenedictus
1896 Point Street
Commerce Township, MI 48382-2275

Markham Landscape Products
P O Box 481029
Charlotte, NC 28269-5309

Martin Marietta
PO Box 30013
Raleigh, NC 27622-0013

Michael A. Robbins
c/o Cole Hayes
601 S. Kings Drive
Suite F PMB #411
Charlotte, NC 28204-3089

Michael and Roberta Robbins
c/o Cole Hayes
601 S. Kings Drive
Suite F - PMB #611
Charlotte, NC 28204

Mitsubishi HC Capital America
800 Connecticut Ave.
4th Floor North
Norwalk, CT 06854-1631

Mitsubishi HC Capital America
c/o Matthew F. Kye, Esq.
Kye Law Group, P.C.
201 Old Country Road, Suite 120
Melville, NY 11747-2725

Mitsubishi HC Capital America, Inc.
c/o James M. Hash
Everett Gaskins Hancock LLP
P.O. Box 911
Raleigh, NC 27602-0911

Mitsubishi HC Capital America, Inc.
c/o Kye Law Group, P.C.
201 Old Country Road, Suite 120
Melville, NY 11747-2725

NC Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

(p)NAVITAS CREDIT CORP
ATTN JOYCE MCKULKA
201 EXECUTIVE CENTER DR SUITE 100
COLUMBIA SC 29210-8410

NewCo Capital Group VI LLC
The Law Offices of Jason Gang, PLLC
1245 Hewlett Plaza #478
Hewlett, NY 11557-4021

Nicholas John Kloster and Jami Nichole Georg
6680 Maple Spring Court
Denver, NC 28037-6237

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Ashley Oldfield
Rayburn Cooper & Durham, P.A.
227 West Trade Street, Suite 1200
Charlotte, NC 28202-1672

PNC Equipment Finance, LLC
655 Business Center Drive, Suite 250
Horsham, PA 19044-3448

Partners Insurance Agency, Inc.
17505 W. Catawba Ave., Ste. 250
Cornelius, NC 28031-8069

Patten Seed Company/Super Sod
PO Box 217
Lakeland, GA 31635-0217

Perennial Groves
1400 N. Highway 16
Denver, NC 28037-7814

Quickbooks Payroll
Intuit Corporate Headquarters
2632 Marine Way
Mountain View, CA 94043-1126

RS Braswel
485 S. Cannon Blvd
Kannapolis, NC 28083-5258

Race City Steel
4052 N NC Highway 16
Denver, NC 28078

Robbins Media Group 401(K) Plan
(26-1339331/001)
Mark Seidel, Acting Regional Director
USDOL/EBSA - 61 Forsyth St
Atlanta, GA 30303

Robbins Media Group 401(K) Plan
DOL/EBSA
61 Forsyth Street, Suite 7B54/DOL-EBSA
Atlanta, GA 30303-8943

Robbins Service Group, LLC
8226 Village Harbor Drive
Cornelius, NC 28031-3706

Roberta I. Robbins
c/o Cole Hayes
601 S. Kings Drive
Suite F PMB #411
Charlotte, NC 28204-3089

(p)RICHARD L ROBERTSON & ASSOCIATES P A
2730 E WT HARRIS BLVD SUITE 101
CHARLOTTE NC 28213-4063

Ronnie Dedmon Surveyor (DBA Dedmon Surveys)
PO Box 494
Denver, NC
28037
Denver, NC 28037-0494

Rush Truck Centers of Georgia, Inc.
2120 Atlanta Rd SE
Smyrna, GA 30080-1518

Securities & Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, N.E.
Atlanta, GA 30326-1382

Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-2001

Shanna M. Kaminski
P.O. Box 247
Grass Lake, MI 49240-0247

Shell Small Business (WEX Bank)
PO Box 6293
Carol Stream, IL 60197-6293

Site One
300 Colonial Center Parkway, Suite 600
Roswell, GA 30076-4893

SiteOne Landscape Supply, LLC
Robertson & Associates
2730 E. WT Harris Blvd., Suite 101
CHARLOTTE, NC 28213-4063

SiteOne Landscape Supply, LLC
c/o Streusand Landon Ozburn & Lemmon LLP
1801 S Mopac Expy, Suite 320
Austin TX 78746-9817

Southern Landscape Design
3821 Davis Dr
Charlotte, NC 28270-0262

Spectrum Business Headquarters
400 Atlantic Street
Stamford, CT 06901-3512

Stevens-Weir Southern
1523 S Anderson Rd
Rock Hill, SC 29730-6987

Summit Funding Group, Inc.
Mitchell D. Cohen
Vedder Price P.C.
1633 Broadway, 31st Fl.
New York, NY 10019-6764

Summit Vendor Finance
4680 Parkway Drive, Suite 300
Mason, OH 45040-7979

T3 Computer Services
645 Kannapolis Pkwy
Concord, NC 28027-7787

TOYOTA INDUSTRIES COMMERCIAL FINANCE
INC.
c/o Weltman, Weinberg & Reis Co., L.P.A.
965 Keynote Circle
Cleveland, OH 44131-1829

The Sagamore Companies
2001 Barlow Road
Hudson, OH 44236-4105

Tokyo Century (USA) Inc.
c/o Dennis A. Dressler
Dressler Peters, LLC
101 W. Grand Ave., Ste. 404
Chicago, IL 60654-7129

Matthew L Tomsic
Rayburn Cooper Durham P.A.
227 West Trade St.
Suite 1200
Charlotte, NC 28202-1672

Toyota Industries Commercial Finance Inc
PO Box 9050
Dallas, TX 75209

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

U.S. Bankruptcy Administrator Office
401 W. Trade Street
Suite 2400
Charlotte, NC 28202-1633

U.S. Bankruptcy Administrator Office
402 W. Trade Street
Suite 200
Charlotte, NC 28202-1673

U.S. Securities Exchange
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382

| | | |
|---|---|---|
| UCB Visa (Elan Financial Services)<br>PO Box 790408<br>St Louis, MO 63179-0408 | (p)US ATTORNEY'S OFFICE WDNC<br>227 W TRADE STREET<br>SUITE 1650<br>CHARLOTTE NC 28202-1698 | Uline<br>12575 Uline Drive<br>Pleasant Prairie WI 53158-3686 |
| United Community Bank<br>160 Mine Lake Ct., Ste. 200<br>Raleigh, NC 27615-6417 | United Community Bank<br>9906 Knockando Ln<br>Huntersville, NC 28078 | United Community Bank<br>c/o William L. Esser IV, Esq.<br>Parker Poe Adams & Bernstein LLP<br>620 South Tryon Street, Suite 800<br>Charlotte, North Carolina 28202-1842 |
| Landon Glenn Van Winkle<br>Smith Debnam Narron Drake Saintsing Myer<br>4601 Six Forks Road<br>Ste 400<br>Raleigh, NC 27609-5270 | Verizon Wireless Headquarters<br>1095 Avenue of the Americas<br>New York, NY 10036-6704 | Vermeer All Roads<br>925 Merritt Blvd<br>Baltimore, MD 21222-1435 |
| Vermeer Corporation<br>LANDON G. VAN WINKLE<br>SMITH DEBNAM NARRON DRAKE<br>SAINTSING & MYERS, LLP,<br>PO Box 176010<br>Raleigh, NC 27619-6010 | Western Equipment Finance<br>PO Box 640<br>Devils Lake, ND 58301-0640 | White Road Capital, LLC<br>dba Global Funding Experts Holdings<br>27-01 Queens Plaza North, Suite 802<br>Long Island City, NY 11101-4020 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>PO Box 183853<br>Arlington, TX 76096 | Chase<br>PO Box 1423<br>Charlotte, NC 28201 | DeLage Landen Financial<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| First-Citizens Bank & Trust Company<br>Attn: Bankruptcy Department<br>P.O. Box 25187<br>Raleigh, NC 27611 | Navitas Credit Corp.<br>201 Executive Center Dr.,<br>Suite 100<br>Columbia, SC 29210 | (d)Navitas Credit Corp.<br>201 Executive Center Dr., Suite 100<br>Columbia, SC 29210 |
| Richard L. Robertson<br>Richard L. Robertson & Associates, P.A.<br>2730 East W.T. Harris Blvd., Suite 101<br>Charlotte, NC 28213 | US Attorney's Office<br>1700 Carillon<br>227 West Trade Street<br>Charlotte, NC 28202 | (d)United States Attorney<br>227 West Trade Street<br>Carillon Bldg, Suite 1700<br>Charlotte, NC 28202-1648 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ally Bank | (u)Janet Bailey | (u)Loren Bailey |

| | | |
|---|---|---|
| (d)Heather Culp<br>1701 South Blvd<br>Charlotte, NC 28203-4727 | (u)EXOREVEL, LLC | (u)Green Resource, LLC |
| (u)Iron Horse Auction Co, Inc. | (u)PNC Bank, National Association f/k/a PNC E | (u)REH CPA, PLLC |
| (u)Michael Robbins | (u)Roberta Robbins | (u)Tokyo Century (USA) Inc. |
| (u)Toyota Industries Commercial Finance, Inc. | (u)United Community Bank | (u)Vermeer Corporation |

End of Label Matrix
Mailable recipients    131
Bypassed recipients     15
Total                  146